James E. Cecchi, Esq.
Donald A. Ecklund, Esq.
Carella, Byrne, Cecchi,
Olstein, Brody & Agnello
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
Seeger Weiss LLP
One William Street
New York, New York 10004
(212) 584-0700

*Plaintiffs' Co-Liaison Counsel*

RECEIVED
JUL 14 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION (No. II)<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Civil Action No. 08-08(GEB)(LHG)<br><br>MDL No. 2243<br><br>**CASE MANAGEMENT ORDER NO. 3**<br>(Appointment of Plaintiffs' Steering Committee) |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello and Seeger Weiss LLP, Co-Liaison Counsel for Plaintiffs, and the Court having read Co-Liaison Counsel's application, and good cause appearing,

IT IS THIS 14th day of July, 2011 **ORDERED** as follows:

1. The Court designates the following attorneys and firms as the Plaintiffs' Steering Committee:

| | |
|---|---|
| James E. Cecchi<br>Carella, Byrne, Cecchi,<br>Olstein, Brody & Agnello<br>5 Becker Farm Road<br>Roseland, NJ 07068 | Wesley Chadwick Cook<br>Beasley, Allen, Crow, Methvin<br>Portis & Miles, P.C.<br>218 Commerce Street<br>Montgomery, AL 36104 |
| Christopher A. Seeger<br>Seeger Weiss LLP<br>One William Street<br>New York, NY 10004 | Mark P. Robinson, Jr.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660 |
| Fred Thompson<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464 | Victoria J. Maniatis<br>Sanders, Wiener, Grossman, LLP<br>100 Hendricks Road<br>Mineola, NY 11501 |
| Frank E. Piscitelli, Jr.<br>The Piscitelli Law Firm<br>55 Public Square, Suite 1950<br>Cleveland, OH 44113 | Leonard A. Davis<br>Herman Gerel LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |
| Arnold Levin<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>New Orleans, LA 70113 | James R. Dugan<br>The Dugan Law Firm<br>One Canal Place, Suite 1000<br>365 Canal Street<br>New Orleans, LA 70113 |
| David J. Dickens<br>The Miller Firm LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, Virginia 22960 | |

2.   The Plaintiffs' Steering Committee, at the direction of Co-Liaison Counsel, shall be responsible for coordinating the activities of plaintiffs during pretrial proceedings and shall:

   a.   initiate, coordinate, and conduct all common benefit pretrial discovery on behalf of the plaintiffs;

    b.    develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of all plaintiffs;

    c.    determine and shall have sole authority to present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the plaintiffs on all matters arising during pretrial proceedings;

    d.    act as spokesperson for all plaintiffs at pretrial proceedings and in response to any inquires by the Court;

    e.    explore, develop, and pursue all settlement negotiations on behalf of plaintiffs;

    f.    delegate specific tasks to other counsel or to create sub-committees of counsel, in a manner to ensure that pretrial preparation for the plaintiffs is conducted efficiently and effectively;

    g.    enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

    h.    monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

    i.    perform such other duties as may be incidental to the proper coordination of plaintiffs' pretrial activities, to accomplish its

responsibilities as defined by this Court, or as authorized by further orders of this Court.

Dated: July 15, 2011

Hon. Garrett E. Brown, Jr., U.S.D.J.