NOT FOR PUBLICATION

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION (NO. II) : | MDL No. 2243 |
| PHYLLIS MOLNAR, ET AL., : | |
| Plaintiffs, : | Civ. No. 08-008 (GEB) |
| v. : | **ORDER** |
| MERCK & CO., INC., : | |
| Defendant. : | |
| **RELATES TO ALL ACTIONS** : | |

**BROWN, Chief Judge**:

IT IS THIS 22nd day of November, 2011, hereby

ORDERED that this case, MDL 2243, and all cases joined to MDL 2243, are REASSIGNED to the Hon. Joel A. Pisano, U.S.D.J. for all further proceedings;

ORDERED that all aforementioned cases shall remain referred to the Hon. Lois H. Goodman, U.S.M.J.;

ORDERED that the Clerk of the Court shall forward a copy of this order to the Clerk of the Judicial Panel on Multidistrict Litigation.

                                              /s/ Garrett E. Brown, Jr.
                                       GARRETT E. BROWN, JR., U.S.D.J.