Glenn S. Kerner, Esq.
Katherine D. Seib, Esq.
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333
gkerner@goodwinprocter.com
kseib@goodwinprocter.com

*Attorneys for Defendants Teva*
*Pharmaceuticals USA, Inc., Barr*
*Laboratories, Inc., and Barr Pharmaceuticals LLC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION (No. II) | **MDL No. 2243** |
| THIS DOCUMENT RELATES TO: | Civil Action No. 08-08 (JAP) (LHG) |
| PHYLLIS MOLNAR, et al. | |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** |
| MERCK & CO., INC., et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Kimberlee A. Malaska, Esq., hereby withdraws as counsel for Defendants, Teva Pharmaceuticals USA, Inc., Barr Laboratories, Inc., and Barr Pharmaceuticals LLC ("Defendants") in the above matter.

Glenn S. Kerner, Esq., and Katherine D. Seib, Esq., of Goodwin Procter LLP, shall continue their appearances in the above-captioned matter as counsel of record for Defendants.

Dated: February 5, 2013                    /s/ Glenn S. Kerner_____
                                           Glenn S. Kerner
                                           GOODWIN PROCTER LLP
                                           The New York Times Building
                                           620 Eighth Avenue
                                           New York, NY 10018
                                           Tel: (212) 813-8800
                                           Fax: (212) 355-3333
                                           gkerner@goodwinprocter.com

## CERTIFICATE OF SERVICE

I, Glenn S. Kerner, hereby certify that a copy of the foregoing Notice of Withdrawal, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system dated February 5, 2013

                                           /s/ Glenn S. Kerner_____