

750 E. PRATT STREET   SUITE 900   BALTIMORE, MD 21202
T 410.244.7400   F 410.244.7742   www.Venable.com

Stephen E. Marshall
T 410.244.7407
F 410.244.7742
semarshall@venable.com

February 11, 2025

The Honorable Karen M. Williams
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey  08101

Re: **Molnar, et al. v. Merck & Co., Inc. (MDL No. 2243)**

Dear Judge Williams:

This joint status letter is submitted on behalf of the parties to the above-referenced MDL in response to the Court's Order of January 22, 2025.

Regarding the specific questions posed by the Court:

(1) The Defendants intend to seek certiorari from the United States Supreme Court and anticipate filing the Petition in March.

(2) The Defendants intend to file a motion seeking a Case Management Order to address the fact that many of the Plaintiffs are now deceased, such that either the Complaint needs to be dismissed or an appropriate personal representative needs to be substituted.

(3) The Parties have scheduled mediation with the Honorable Diane Welsh (Retired Magistrate from USDC EDPA, present with JAMS) to begin on May 29th.

Counsel look forward to speaking with you on February 18, 2025.

Respectfully,

*Stephen Marshall*

Stephen E. Marshall

SEM

168188521.1