IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY
(TRENTON)

| | |
|---|---|
| IN RE: FOSAMAX ) <br> (ALENDRONATE SODIUM): ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) | Cause No.: 08-08-KMW-MJS <br><br> Case Management Order No. 16 |

### MOTION TO SUBSTITUTE PLAINTIFF

Pursuant to Federal Rules of Civil Procedure 25(1)(a) and (c), Shirely DeClue's biological daughter, Rebekah James, hereby respectfully request to be substituted as Party Plaintiff in the instant action on behalf of her deceased Mother, Shirley DeClue.

ROSENBLUM GOLDENHERSH

*/s/ David G. Bender*
David G. Bender, #53482MO
7733 Forsyth Blvd., 4th Floor
St. Louis, Missouri 63105
(314) 726-6868
(314) 726-6786 Facsimile
dgb@rgsz.com
Attorney for Plaintiff

### Certificate of Service

The undersigned certifies that on 24th June, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court.

*/s/ David G. Bender*

4925-6943-8287, v. 1