Esther Berezofsky, Esq.
N.J. Attorney ID No. 034291987
**MOTLEY RICE NEW JERSEY LLC**
210 Lake Dr. East, Suite 101
Cherry Hill, NJ 08002
Tel: (856) 382-4667
Fax: (856) 667-5133
eberezofsky@motleyrice.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION | MDL No. 2243<br><br>CIVIL ACTION NO.: 08-08-KMW-MJS |
| This document relates to:<br>*Helen Stampliakas v. Merck, et al*<br>Civil Action No.: 1:13-cv-02836 | |

### SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PLAINTIFF

TO THE HONORABLE COURT:

Pursuant to Fed. R. Civ. P. Rule 25, Plaintiff submits the following:

1. Plaintiff Helen Stampliakas (hereinafter "decedent") died on October 10, 2015. A true and correct copy of the death certificate is attached hereto as **Exhibit A**.

2. Joann Borrell is decedent's daughter. A copy of the Affidavit of Surviving Spouse or Next of Kin is attached hereto as **Exhibit B**.

3. Plaintiff has communicated with Defendant and this motion is not opposed.

4. This Court should allow this motion to substitute Plaintiff to reflect the proper Plaintiff as

Suggestion of Death and Motion for Substitution of Plaintiff                                                                                                  1

Joann Borrell, as Administrator of the Estate of Helen Stampliakas.

Respectfully submitted,

By: */s/ Esther Berezofsky*
Esther Berezofsky, Esq.
N.J. Attorney ID No. 034291987
**MOTLEY RICE NEW JERSEY LLC**
210 Lake Dr. East, Suite 101
Cherry Hill, NJ 08002
Tel: (856) 382-4667
Fax: (856) 667-5133
eberezofsky@motleyrice.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 26th day of June, 2025 served a true and correct copy of the foregoing pleading through the Court's CM/ECF filing system to counsel of record in this case.

By: */s/ Esther Berezofsky*
Esther Berezofsky, Esq.
N.J. Attorney ID No. 034291987
**MOTLEY RICE NEW JERSEY LLC**

# Exhibit A

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING:** It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate, $6.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

**P 22172270** Certification Number

Signature: Mary E. Titi — Local Registrar

Date Issued: OCT 14 2015

---

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**

## CERTIFICATE OF DEATH

State File Number: 51

1. Decedent's Legal Name: **Helen E. Stampliakas**
2. Sex: **Female**
4. Date of Death: **October 10, 2015**
5a. Age-Last Birthday: **88**
6. Date of Birth: [redacted]
7a. Birthplace: **Greece**
7b. Birthplace (County): **N/A**
8a. Residence (State): **PA**
8c. Did Decedent Live in a Township? ☒ Yes, decedent lived in **Bensalem** twp.
8d. Residence (County): **Bucks**
8e. Residence (Zip Code): **19020**
9. Ever in US Armed Forces? ☒ No
10. Marital Status at Time of Death: ☒ Widowed
12. Father's Name: **Eleftherios Stampliakas**
13. Mother's Name Prior to First Marriage: **Joann Sferedes**
14a. Informant's Name: **Joann Borrell**
14b. Relationship to Decedent: **daughter**
15a. Place of Death: ☒ Nursing Home/Long-Term Care Facility
15b. Facility Name: **Immaculate Mary Home**
15c. City or Town, State, and Zip Code: **Philadelphia, PA 19136**
15d. County of Death: **Philadelphia**
16a. Method of Disposition: ☒ Burial; Other (Specify): **Off**
16b. Date of Disposition: **10/15/2015**
16c. Place of Disposition: **LAWNVIEW CEMETERY**
16d. Location of Disposition: **ROCKLEDGE, PA 19046**
17b. License Number: **FD138395**
17c. Name and Complete Address of Funeral Facility: **VRAIM FUNERAL HOME, INC., 66 S. State Road, Upper Darby, PA 19082**

18. Decedent's Education: ☒ High school graduate or GED completed
19. Decedent of Hispanic Origin: ☒ No, not Spanish/Hispanic/Latino
20. Decedent's Race: ☒ White
21. Decedent's Single Race Self-Designation: ☒ White
22a. Usual Occupation: **Cook**
22b. Kind of Business/Industry: **Restaurant**

24. Time of Death: **2:45 AM**

### CAUSE OF DEATH

26. Part I.
   a. IMMEDIATE CAUSE: **Dementia**

27. Was an autopsy performed? ☒ No
28. Were autopsy findings available to complete the cause of death? ☒ No
29. If Female: ☒ Not pregnant within past year
30. Did Tobacco Use Contribute to Death? ☒ Unknown
31. Manner of Death: ☒ Natural

39a. Certifier: ☒ Certifying physician
Signature of certifier: [signature] MD
Title of certifier: **MD**
License Number: **MD016233E**
39b. Name, Address and Zip Code of Person Completing Cause of Death: **David Luschini MD, 150 Huntingdon Pike, Meadowbrook, PA 19046**
39c. Date Signed: **10-14-2015**
40. Registrar's District Number: **23-237**
41. Registrar's Signature: **Mary E. Titi**
42. Registrar File Date: **October 14, 2015**

NAME OF DECEDENT: **Helen E. Stampliakas**

H105-143

# Exhibit B

## AFFIDAVIT OF SURVIVING SPOUSE OR NEXT OF KIN

STATE OF PENNSYLVANIA )
)
COUNTY OF BUCKS )

This day personally appeared before me the undersigned Affiant, of lawful age, being first duly sworn, and upon states the following:

I, <u>JOANN BORRELL</u>, (*affiant*) being duly sworn according to law, declare that I reside at ▮▮▮▮ and that Decedent, Helen Stampliakas, died on 10/10/2015 and had permanent legal residence at ▮▮▮▮.

I am the daughter and as such am entitled to receive the decedent's estate under the laws of ▮▮▮▮, Pennsylvania. I was Helen Stampliakas' Attorney-in-Fact during her lifetime as dictated in the Durable Power of Attorney of Helen Stampliakas; dated April 9, 2007.

To the best of my knowledge, Decedent <u>did not</u> have a will or trust specifying the disposition of her estate. That an Executor/Administrator or fiduciary of the estate of said decedent <u>has not</u> qualified or been appointed by the Court.

Commonwealth of Pennsylvania - Notary Seal
Dillon J. Krier, Notary Public
Bucks County
My commission expires February 23, 2029
Commission number 1305742
Member, Pennsylvania Association of Notaries

*Joann Borrell*
Signature of Affiant

SWORN TO AND SUBSCRIBED before me this 12th day of June 2025.

*Will J K*
Signature of Notary Public

My commission expires: Feb. 23, 2029