IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br>*Helen Stampliakas v. Merck, et al*<br>Civil Action No.: 1:13-cv-02836 | MDL No. 2243<br><br>CIVIL ACTION NO.: 08-08-KMW-MJS |

### ORDER ON UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF

**THIS MATTER** having come before the Court upon Plaintiff's unopposed Motion for the Substitution of Plaintiff-Decedent Helen Stampliakas, pursuant to Federal Rule of Civil Procedure 25, and for good cause shown,

**IT IS** on this _____ day of _____ 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is

**FURTHER ORDERED THAT** Joann Borrell is substituted as the Plaintiff in this action for Decedent Helen Stampliakas in this action; and it is

**FURTHER ORDERED** that the Clerk's office will update the caption for this matter accordingly.

_____
U.S.D.J.