UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>WILMA FLYNN, BY and through her Court appointed Next Friend Wiley Flynn<br><br>***DOCKET NO.: 12-cv-1279*** | MDL No. 2243<br><br>CIVIL ACTION NO.: 08:08-KMW-MJS |

### SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby gives notice of the death of the Plaintiffs, Wiley and Wilma Flynn.

/s/ Matthew F. Gately
Matthew F. Gately
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West - Plaza One
250 Pehle Avenue - Suite 401
Saddle Brook, NJ  07663
Tel.: (201) 845-9600
Fax: (201) 845-9423
E-Mail: MFG@NJLAWFIRM.COM

/s/ Evan D. Buxner
Evan D. Buxner, Missouri #41559
THE BUXNER LAW FIRM
230 S. Bemiston Ave., Suite 1400
St. Louis, Missouri 63105
(p) 314 863-6000
(f) 888-851-4940
E-mail: ebuxner@buxnerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2025, I electronically filed the foregoing Suggestion of Death with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF participants registered to receive services in this MDL.

/s/ Matthew F. Gately  
Matthew F. Gately