**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION | MDL No. 2243 |
| This document relates to: ALAN BEDSWORTH INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE TO THE ESTATE OF REBA BEDSWORTH, DECEASED | CIVIL ACTION NO.: 08:08-KMW-MJS |
| ***DOCKET NO.: 12-cv-05094*** | |

**SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby

gives notice of the death of the Plaintiff, Alan Bedsworth.

/s/ Matthew F. Gately
Matthew F. Gately
**COHN LIFLAND PEARLMAN**
**HERRMANN & KNOPF LLP**
Park 80 West - Plaza One
250 Pehle Avenue - Suite 401
Saddle Brook, NJ  07663
Tel.: (201) 845-9600
Fax: (201) 845-9423
E-Mail: MFG@NJLAWFIRM.COM


/s/ Evan D. Buxner
Evan D. Buxner, Missouri #41559
THE BUXNER LAW FIRM
230 S. Bemiston Ave., Suite 1400
St. Louis, Missouri 63105
(p) 314 863-6000
(f) 888-851-4940
E-mail: ebuxner@buxnerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2025, I electronically filed the foregoing Suggestion of Death with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF participants registered to receive services in this MDL.

/s/ Matthew F. Gatley
Matthew F. Gatley