IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY
(CAMDEN)

| | |
|---|---|
| IN RE: FOSAMAX ) <br> (ALENDRONATE SODIUM): ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) | Cause No.: 08-08-KMW-MJS <br><br> Docket No.: 1:13-cv-03474 |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby gives notice of the death of the Plaintiff, Ruth Bergmann.

/s/ C. Calvin Warriner III
C. Calvin Warriner, III
Florida Bar No.: 374131
Searcy Denney Scarola Barnhart & Shipley, PA
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33402
Phone: 561-686-6300 Work
Fax: 561-615-0915
E-Mail: ccw@searcylaw.com
Attorney for Plaintiff

## Certificate of Service

The undersigned certifies that on the 9th day of July, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court.

/s/ C. Calvin Warriner III