UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: FOSAMAX (Alendronate Sodium) PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2243 ) ) Civil Action No.: 08-08-KMW-MJS |
| **This document relates to:** **Edward Bohn, Attorney in Fact for His Wife Patricia Bohn v. Merck & Co., Inc., et al.** Case No: Case No: 2:12-cv-00192-JLG-MRA | ) ) ) ) ) ) ) |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby gives notice of the death of Plaintiff Edward Bohn.

Respectfully submitted,

**PISCITELLI LAW FIRM**

*/s/ Frank E. Piscitelli, Jr.*
**FRANK E. PISCITELLI, JR. (Ohio 0062128)**
7200 Center Street, Suite 312
Mentor, Ohio 44060
216.931.7000 Telephone
216.931.9925 Facsimile
frank@feplaw.com

-1-

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of July 2025, I electronically filed the foregoing Suggestion of Death with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF participants registered to receive services in this MDL.

                                          /s/ *Frank E. Piscitelli, Jr.*
                                          Frank E. Piscitelli, Jr. (Ohio 0062128)
                                          Attorney for Plaintiff