**FOX ROTHSCHILD LLP**
Eileen Oakes Muskett
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401
Telephone: (609) 572-2355
emuskett@foxrothschild.com
*Attorneys for Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions Listed in Attached Exhibit A | MDL No. 2243<br>Master Docket Number 08-08-KMW-MJS<br><br>**NOTICE OF MOTION TO DISMISS EXHIBIT A PLAINTIFFS' COMPLAINTS WITH PREJUDICE**<br><br>**MOTION DATE: October 6, 2025** |

**PLEASE TAKE NOTICE** that on October 6, 2025, or as soon thereafter as counsel may be heard, Defendants Merck & Co., Inc. and Merck Sharp & Dohme LLC,[1] ("Merck" or "Defendants") shall move before the Honorable Karen M. Williams, U.S.D.J. at Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets Room 1050, Camden, NJ 08101, for an Order Dismissing with Prejudice the Complaints of those Plaintiffs listed in Exhibit A of Merck's motion.

---

[1] Defendant Merck Sharp & Dohme Corp. has merged with and is now known as Merck Sharp & Dohme LLC.

1

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Merck shall rely on the accompanying Letter Brief and Certification of Eileen Oakes Muskett. A proposed form of order is also enclosed with Merck's motion.

                                        **FOX ROTHSCHILD LLP**

Dated: September 11, 2025          *s/ Eileen Oakes Muskett*
                                              Eileen Oakes Muskett
                                              1301 Atlantic Avenue
                                              Midtown Building, Suite 400
                                              Atlantic City, NJ 08401
                                              Telephone: (609) 572-2355
                                              emuskett@foxrothschild.com