

1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ  08401
609.348.4515    609.348.6834
WWW.FOXROTHSCHILD.COM

EILEEN OAKES MUSKETT
Direct No: 609.572.2355
Email: emuskett@foxrothschild.com

September 11, 2025

**VIA PACER**

Honorable Karen M. Williams, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

>   Re:   **Fosamax MDL 1:08-cv-00008-KMW-MJS – Motion to Dismiss Complaints of Exhibit A Plaintiffs with Prejudice**

Dear Judge Williams:

Defendants Merck & Co., Inc. and Merck Sharp & Dohme LLC, ("Merck" or "Defendants") by and through its undersigned counsel, respectfully submit this Memorandum of Law in support of its' Motion to Dismiss, with prejudice, the claims of Plaintiffs listed in Exhibit A ("the Motion"). The Motion seeks to dismiss the claims of the Exhibit A Plaintiffs for failure to produce a certification certifying that they, or representative, were ready and willing to proceed with this litigation in compliance with the requirements of Case Management Order 16

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington

176767313.1



Honorable Karen M. Williams, U.S.D.J.
September 11, 2025
Page 2

(Doc. 4588) ("CMO 16").  The Plaintiffs' cases are consolidated in the Fosamax Multi-District Litigation and were most recently reassigned to Your Honor.

Pursuant to F.R.C.P. 41(b), a defendant may move to dismiss the action or any claim against it if the plaintiff fails to comply with a court order.  Merck requested permission from the Court to file an omnibus motion to dismiss the claims of various Plaintiffs for their failure to comply with CMO 16, which was granted in Case Management Order 17 (Doc. 4863) ("CMO 17").

Pursuant to Federal Rule of Civil Procedure 41(b) Merck seeks dismissal with prejudice of the claims of Plaintiffs listed in Exhibit A for failure to comply with CMO 16.  Defendants rely upon this letter brief and the Certification of Eileen Oakes Muskett in support of this request.

Thank you for your consideration of this submission.

176767313.1



Honorable Karen M. Williams, U.S.D.J.
September 11, 2025
Page 3

*Eileen Oakes Muskett*
Eileen Oakes Muskett

Encls.

cc:   All counsel via PACER, last known email to Exhibit A Plaintiffs' counsel and certified mail to any pro se plaintiff

176767313.1