**EXHIBIT A TO MERCK'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' COMPLAINTS FOR FAILURE TO COMPLY WITH CMO 16**

| Plaintiff | Case | Plaintiff Firm | Case No. |
|---|---|---|---|
| Squires, Kathryn | Berlin, Ruth | Aaron M. Levine & Associates | 11-cv-5720 |
| Bishop, Rosemary | Bishop, Rosemary | Aaron M. Levine & Associates | 12-cv-1344 |
| Dharamsi, Kanta Manoj | Bishop, Rosemary | Aaron M. Levine & Associates | 12-cv-1344 |
| Howe, Linda L. | Bishop, Rosemary | Aaron M. Levine & Associates | 12-cv-1344 |
| Kohler, Elinor | Bishop, Rosemary | Aaron M. Levine & Associates | 12-cv-1344 |
| Peterson, Pura Gonzales | Bishop, Rosemary | Aaron M. Levine & Associates | 12-cv-1344 |
| Davis, Judith | Davis, Judith | Aaron M. Levine & Associates | 11-cv-3313 |
| Wolowick, Nancy Antoinette | Goodman, Arlene | Aaron M. Levine & Associates | 11-cv-3320 |
| Wheeler, Kathryn K. | Wheeler, Kathryn | Anapol Schwartz | 10-cv-6282 |
| Brooks, Betty | Brooks, Betty | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-1314 |
| Defibaugh, Deloris | Defibaugh, Deloris | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-5257 |
| Dudek, Marjorie | Dudek, Marjorie | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-5258 |
| Durec, Georgia | Durec, Georgia | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-5259 |
| Enerson, Kathleen | Enerson, Kathleen | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-5260 |
| Gunderson, Rose | Gunderson, Rose | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-1366 |
| Hazelbaker, Dorothy | Hazelbaker, Dorothy | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-3443 |
| James, Betty | James, Betty | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-1367 |
| Jones, Sumi | Jones, Sumi | Aylstock, Witkin, Kreis & Overholtz, PLLC | 12-cv-7256 |
| Mish, Diana | Mish, Diana | Aylstock, Witkin, Kreis & Overholtz, PLLC | 14-cv-1222 |
| Neuman, Dolores | Neuman, Dolores | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-1369 |
| Peters, Aloha | Peters, Aloha | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-1370 |
| Powers, Emily Earle | Powers, Emily | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-1323 |
| Routhieaux, Marguerite | Routhieaux, Marguerite | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-1371 |

*Highlighted Plaintiffs filed more than one complaint and are cross referenced for the Court's convenience.

**EXHIBIT A TO MERCK'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' COMPLAINTS FOR FAILURE TO COMPLY WITH CMO 16**

| Plaintiff | Case | Plaintiff Firm | Case No. |
|---|---|---|---|
| Sellin, Joan | Sellin, Joan | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-5261 |
| VanArk, Elizabeth | VanArk, Elizabeth | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-3887 |
| McGill, Barbara | McGill, Barbara | Ball & Scott Law Offices | 11-cv-7185 |
| Bordelon, Juanita | Bordelon, Juanita | Beahm & Green | 12-cv-161 |
| Burke, Louise Findley | Burke, Louise | Beasley Allen | 11-cv-7429 |
| Burleson, Jacqueline R. | Burleson, Jacqueline | Beasley Allen | 12-cv-1356 |
| Fifer, Ladonna | Fifer, Ladonna | Beasley Allen | 12-cv-1327 |
| Jepson, Norma M. | Jepson, Norma | Beasley Allen | 12-cv-1326 |
| Granato, Irene A. | Granato, Irene | Belluck & Fox, LLP | 11-cv-3369 |
| Hogan, Charlotte | Hogan, Charlotte | Bird Law Group, PC | 12-CV-464 |
| Marcy, Ellen | Marcy, Ellen | Brown Chiari LLP | 11-cv-6922 |
| Mika, Rosemarie | Mika, Rosemarie | Brown Chiari LLP | 21-cv-6950 |
| Wicher, Helen | Wicher, Deborahanne (PR for Estate of Wicher, Helen) | Brown Chiari LLP | 12-cv-964 |
| Covin, Cynthia | Covin, Cynthia | Burg Simpson Eldredge Hersh & Jardine, PC | 14-cv-4308 |
| Heiny, Joyce | Heiny, Joyce | Burg Simpson Eldredge Hersh & Jardine, PC | 12-cv-6860 |
| Jones, Alice | Jones, Alice | Burg Simpson Eldredge Hersh & Jardine, PC | 12-cv-1846 |
| Schmitt, Luise Gerlinde | Schmitt, Luise Gerlinde | Burg Simpson Eldredge Hersh & Jardine, PC | 12-cv-6845 |
| Spallone, Josephine | Spallone, Josephine | Burg Simpson Eldredge Hersh & Jardine, PC | 13-cv-3741 |
| Stevenson, Nada | Stevenson, Nada | Burg Simpson Eldredge Hersh & Jardine, PC | 12-cv-6899 |
| Stroh, Kerry A. | Stroh, Kerry | Burg Simpson Eldredge Hersh & Jardine, PC | 12-cv-1038 |
| Vertuccio, Lana | Vertuccio, Lana | Burg Simpson Eldredge Hersh & Jardine, PC | 12-cv-6863 |
| Pearce, Barbara | Pearce, Barbara | Carella, Byrne, Cecchi, Olstein, Brody & Agnello | 15-cv-8225 |
| Baylor, Richard | Baylor, Richard | Carey Danis & Lowe | 12-cv-6903 |
| Chatman, Virginia | Chatman, Virginia | Carey Danis & Lowe | 13-cv-754 |
| Duggan, Doris | Duggan, Doris | Carey Danis & Lowe | 12-cv-6275 |
| Frizzell, Martha | Frizzell, Martha | Carey Danis & Lowe | 12-cv-6273 |
| Julius, Diana | Julius, Diana | Carey Danis & Lowe | 12-cv-5019 |
| Kardon, Koula | Kardon, Koula | Carey Danis & Lowe | 13-cv-718 |
| Kimizuka, Yoshie | Kimizuka, Yoshie | Carey Danis & Lowe | 12-cv-6267 |
| Lingo, Melba | Lingo, Melba | Carey Danis & Lowe | 12-cv-6901 |
| Russell, Diana | Russell, Diana | Carey Danis & Lowe | 12-cv-4266 |
| Conte, Arlene | Conte, Arlene | Cateline S. Mark, Esq. | 16-cv-2126 |
| Vanghel, Debra A. | Vanghel, Debra | Cawood & Cawood, LLC | 13-cv-5264 |
| Affronti, Joanne A. | Affronti, Joanne | Cellino & Barnes, PC | 13-cv-816 |

*Highlighted Plaintiffs filed more than one complaint and are cross referenced for the Court's convenience.

**EXHIBIT A TO MERCK'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' COMPLAINTS FOR FAILURE TO COMPLY WITH CMO 16**

| Plaintiff | Case | Plaintiff Firm | Case No. |
|---|---|---|---|
| Bartosch, Nancy J. | Bartosch, Nancy | Cellino & Barnes, PC | 13-cv-1413 |
| Bialkowski, Mary V. | Bialkowski, Mary | Cellino & Barnes, PC | 13-cv-720 |
| Cichocki, Irene B. | Cichocki, Irene | Cellino & Barnes, PC | 14-cv-4558 |
| Colby, Carol A. | Colby, Carol | Cellino & Barnes, PC | 13-cv-1435 |
| Cuedek, Steven | Cuedek, Steven | Cellino & Barnes, PC | 13-cv-1715 |
| Krupka, Marianne B. | Krupka, Marianne | Cellino & Barnes, PC | 13-cv-1411 |
| Marasco, Joan P. | Marasco, Joan P. | Cellino & Barnes, PC | 14-cv-2624 |
| Marra, Carol A. | Marra, Carol A. | Cellino & Barnes, PC | 14-cv-4555 |
| Martin, Nancy | Martin, Nancy | Cellino & Barnes, PC | 14-cv-4326 |
| McNinch, Patricia E. | McNinch, Robert (PR-Patricia McNinch Estate) | Cellino & Barnes, PC | 13-cv-1717 |
| Mulqueen, Mary P. | Mulqueen, Mary | Cellino & Barnes, PC | 13-cv-3353 |
| Hunt, Arlene | Hunt, Arlene | Cervantes & Associates | 14-cv-6717 |
| Bedsworth, Reba | Bedsworth, Alan (PR-Reba Bedsworth Estate) | Cohn Lifland Pearlman Herrman & Knopf LLP | 12-cv-5094 |
| Flynn, Wilma | Flynn, Wilma | Cohn Lifland Pearlman Herrman & Knopf LLP | 12-cv-1279 |
| Logan, Joyce | Logan, Joyce | Cohn Lifland Pearlman Herrman & Knopf LLP | 12-cv-5553 |
| Capasso, Kathleen | Capasso, Kathleen | Coiro, Wardi, Chinitz & Silverstein | 13-cv-5693 |
| Salmons, Carmen | Salmons, Carmen | Coiro, Wardi, Chinitz & Silverstein | 13-cv-5692 |
| Tidwell, Bryce Langston | Tidwell, Bryce Langston | Commander Pound Butler, LLP | 13-cv-4447 |
| Burch, Margaret | Burch, Margaret | Covington, Patrick, Hagins, Stern & Lewis, PA | 12-cv-3554 |
| White, Wendy S. | White, Wendy | Covington, Patrick, Hagins, Stern & Lewis, PA | 14-cv-1041 |
| Hanrahan, Sioban | Hanrahan, Sioban | D'Addario Law Firm, P.C. | 15-cv-6443 |
| Valdez, Rayline | Valdez, Rayline | D'Arcy Johnson Day, P.C. | 21-cv-11779 |
| Aleikay, Mouloud | Aleikay, Mouloud | Douglas & London | 15-cv-8175 |
| Kushnir, Mira | Kushnir Mira | Douglas & London | 16-cv-5998 |
| Bierner, Barbara | Bierner, Barbara | Doyle Law Firm, PC | 17-cv-12865 |
| Brockwell, Brenda | Brockwell, Brenda | Doyle Law Firm, PC | 19-cv-17271 |
| Burkey, Janice | Burkey, Janice | Doyle Law Firm, PC | 19-cv-15698 |
| Floyd, Shirley | Christian, Marilyn | Doyle Law Firm, PC | 14-cv-7542 |
| Hopper, Deborah | Christian, Marilyn | Doyle Law Firm, PC | 14-cv-7542 |
| Metoxen, Deborah | Christian, Marilyn | Doyle Law Firm, PC | 14-cv-7542 |
| Mohler, Carole | Christian, Marilyn | Doyle Law Firm, PC | 14-cv-7542 |
| Navin, Mary | Christian, Marilyn | Doyle Law Firm, PC | 14-cv-7542 |
| Nelson, Mary Jane | Christian, Marilyn | Doyle Law Firm, PC | 14-cv-7542 |
| Pate, Sarah | Christian, Marilyn | Doyle Law Firm, PC | 14-cv-7542 |
| Steinhilber, Barbara | Christian, Marilyn | Doyle Law Firm, PC | 14-cv-7542 |
| Day, Janet | Day, Janet | Doyle Law Firm, PC | 18-cv-942 |
| Ledbetter, David | Foster, Hazel | Doyle Law Firm, PC | 12-cv-6857 |

*Highlighted Plaintiffs filed more than one complaint and are cross referenced for the Court's convenience.

**EXHIBIT A TO MERCK'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' COMPLAINTS FOR FAILURE TO COMPLY WITH CMO 16**

| Plaintiff | Case | Plaintiff Firm | Case No. |
|---|---|---|---|
| Beadling, Carolyn | Hollis, Janela | Doyle Law Firm, PC | 15-cv-5503 |
| Chatham, Betty | Hollis, Janela | Doyle Law Firm, PC | 15-cv-5503 |
| Edwards, Maria de Jesus | Hollis, Janela | Doyle Law Firm, PC | 15-cv-5503 |
| Friedland, Shirley | Hollis, Janela | Doyle Law Firm, PC | 15-cv-5503 |
| Goodburne, Joan | Hollis, Janela | Doyle Law Firm, PC | 15-cv-5503 |
| Graham, Patricia | Hollis, Janela | Doyle Law Firm, PC | 15-cv-5503 |
| Hillery, Mary | Hollis, Janela | Doyle Law Firm, PC | 15-cv-5503 |
| Hollis, Janela | Hollis, Janela | Doyle Law Firm, PC | 15-cv-5503 |
| Jeanmard, Vivian Marie | Jeanmard, Vivian Marie | Doyle Law Firm, PC | 18-cv-15828 |
| Allen, Karen | Johnson, Mary | Doyle Law Firm, PC | 15-cv-2082 |
| Caruss, Carol | Johnson, Mary | Doyle Law Firm, PC | 15-cv-2082 |
| Deringer, Judy | Johnson, Mary | Doyle Law Firm, PC | 15-cv-2082 |
| Dillabough, Elaine | Johnson, Mary | Doyle Law Firm, PC | 15-cv-2082 |
| Kelly, Vickie | Johnson, Mary | Doyle Law Firm, PC | 15-cv-2082 |
| Ostowari, Shahnaz | Johnson, Mary | Doyle Law Firm, PC | 15-cv-2082 |
| Pell, Connie | Johnson, Mary | Doyle Law Firm, PC | 15-cv-2082 |
| Zoppel, Gayle | Johnson, Mary | Doyle Law Firm, PC | 15-cv-2082 |
| Kitowski, Charlene | Kitowski, Charlene | Doyle Law Firm, PC | 13-cv-2704 |
| Kownacki, Betty | Kownacki, Betty | Doyle Law Firm, PC | 18-cv-1875 |
| Lindsey, Yasuko | Lindsey, Yasuko | Doyle Law Firm, PC | 13-cv-2703 |
| Lundwall, Barbara | Lundwall, Barbara | Doyle Law Firm, PC | 18-cv-8614 |
| Armstrong, Donna* | Moore, Mary and Rodgers, Linda | Doyle Law Firm, PC | 15-cv-7919 and 16-cv-695 |
| Blackwood, Debra* | Moore, Mary and Rodgers, Linda | Doyle Law Firm, PC | 15-cv-7919 and 16-cv-695 |
| Boeh, June | Moore, Mary | Doyle Law Firm, PC | 15-cv-7919 |
| Dignan, Christine | Moore, Mary | Doyle Law Firm, PC | 15-cv-7919 |
| Ferjutz, Nancy* | Moore, Mary and Rodgers, Linda | Doyle Law Firm, PC | 15-cv-7919 and 16-cv-695 |
| Moore, Mary | Moore, Mary | Doyle Law Firm, PC | 15-cv-7919 |
| Okon, Norma | Moore, Mary | Doyle Law Firm, PC | 15-cv-7919 |
| Rito, Connie* | Moore, Mary and Rito, Connie | Doyle Law Firm, PC | 15-cv-7919 and 17-cv-04207 |
| Stallings, Emily | Moore, Mary | Doyle Law Firm, PC | 15-cv-7919 |
| Nanfito, Rosanda | Nanfito, Rosanda | Doyle Law Firm, PC | 19-cv-19437 |
| Patterson, Thelma | Patterson, Thelma | Doyle Law Firm, PC | 17 cv 690 |
| Rito, Connie* | Rito, Connie Moore, Mary | Doyle Law Firm, PC | 17-cv-04207 and 15-cv-7919 |
| Armstrong, Donna* | Rodgers, Linda and Moore, Mary | Doyle Law Firm, PC | 16-cv-695 and 15-cv-7919 |
| Blackwood, Debra* | Rodgers, Linda and Moore, Mary | Doyle Law Firm, PC | 16-cv-695 and 15-cv-7919 |
| Byers, Renee | Rodgers, Linda | Doyle Law Firm, PC | 16-cv-695 |
| Ferjutz, Nancy* | Rodgers, Linda and Moore, Mary | Doyle Law Firm, PC | 16-cv-695 and 15-cv-7919 |
| Jenkins, Jeannie | Rodgers, Linda | Doyle Law Firm, PC | 16-cv-695 |

*Highlighted Plaintiffs filed more than one complaint and are cross referenced for the Court's convenience.

**EXHIBIT A TO MERCK'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' COMPLAINTS FOR FAILURE TO COMPLY WITH CMO 16**

| Plaintiff | Case | Plaintiff Firm | Case No. |
|---|---|---|---|
| Rauch, Lauren | Rodgers, Linda | Doyle Law Firm, PC | 16-cv-695 |
| Rodgers, Linda | Rodgers, Linda | Doyle Law Firm, PC | 16-cv-695 |
| Starsiak, Stephanie | Starsiak, Stephanie | Doyle Law Firm, PC | 18-cv-15194 |
| Stewart, Devann | Stewart, Devann | Doyle Law Firm, PC | 16-cv-04197 |
| Ward, Jerry | Ward, Jerry | Doyle Law Firm, PC | 20-cv-08838 |
| Stuchly, Philomina | Stuchly, Philomina | Evertson & Sanchez | 18-cv-2116 |
| Hamman, Janet | Hamman, Janet | Foley & Small | 12-cv-2189 |
| Horn, Kathleen | Horn, Kathleen | Foley & Small | 13-cv-2224 |
| Goldklang, Charlotte | Goldklang, Charlotte | Gallagher Law Offices PLLC | 11-cv-7279 |
| White, Mary Belle | White, Mary Belle | Gallagher Law Offices PLLC | 11-cv-6478 |
| Lyman, Patricia | Lyman, Patricia | Ginzkey, James P. | 11-cv-4160 |
| Spitler, Elizabeth | Spitler, Elizabeth | Ginzkey, James P. | 12-cv-4189 |
| Aydin, Jean | Aydin, Jean | Goza & Honnold, LLC | 12-cv-6462 |
| Bartlett, Ann | Bartlett, Ann | Goza & Honnold, LLC | 12-cv-6461 |
| Brikha, Siranosh | Brikha, Siranosh | Goza & Honnold, LLC | 14-cv-4783 |
| Chase, Brenda | Chase, Brenda | Goza & Honnold, LLC | 12-cv-1786 |
| Collins, Margie | Collins, Margie | Goza & Honnold, LLC | 13-cv-2004 |
| Crisci, Sarah | Crisci, Stephen (PR-Sarah Crisci Estate) | Goza & Honnold, LLC | 12-cv-6469 |
| Crunk, Dorothy | Crunk, Dorothy | Goza & Honnold, LLC | 13-cv-7563 |
| Fast, Joyce | Fast, Joyce | Goza & Honnold, LLC | 14-cv-4708 |
| Fleetwood, Stella | Fleetwood, Stella | Goza & Honnold, LLC | 13-cv-2108 |
| George, Jean G. | George, Jean | Goza & Honnold, LLC | 13-cv-7414 |
| Griffin, Jennifer | Griffin, Jennifer | Goza & Honnold, LLC | 12-cv-6466 |
| Halpern, Marion | Halpern, Marion | Goza & Honnold, LLC | 12-cv-6432 |
| Heaton, Sue | Heaton, Sue | Goza & Honnold, LLC | 13-cv-7705 |
| Holmes, Leanne | Holmes, Leanne | Goza & Honnold, LLC | 12-cv-6445 |
| Huddleston, Shirley | Huddleston, Shirley | Goza & Honnold, LLC | 12-cv-6465 |
| Jaeger, Bernadette | Jaeger, Bernadette | Goza & Honnold, LLC | 12-cv-7443 |
| Kazemi, Marilyn | Kazemi, Marilyn | Goza & Honnold, LLC | 12-cv-6183 |
| King, Lucy | King, Lucy | Goza & Honnold, LLC | 14-cv-4267 |
| Koski, Solita | Koski, Solita | Goza & Honnold, LLC | 12-cv-6184 |
| Kosvick, Melinda | Kosvick, Melinda | Goza & Honnold, LLC | 12-cv-6454 |
| Lowe, Georgetta | Lowe, Georgetta | Goza & Honnold, LLC | 12-cv-6190 |
| Martin, Bobbie | Martin, Bobbie | Goza & Honnold, LLC | 12-cv-6189 |
| Morgan, Lila | Morgan, Lila | Goza & Honnold, LLC | 12-cv-6185 |
| Naik, Khadijah | Naik, Khadijah | Goza & Honnold, LLC | 12-cv-6460 |
| Perkins, Yolanda | Perkins, Yolanda | Goza & Honnold, LLC | 12-cv-6186 |
| Pidluski, Olga | Pidluski, Olga | Goza & Honnold, LLC | 12-cv-6188 |
| Snow, Mary | Snow, Mary | Goza & Honnold, LLC | 13-cv-2109 |
| Soria, Barbara | Soria, Barbara | Goza & Honnold, LLC | 13-cv-7824 |
| Stepanski, Mary Jo | Stepanski, Mary Jo | Goza & Honnold, LLC | 12-cv-6456 |
| Van Gosen, Helen | Van Gosen, Helen | Goza & Honnold, LLC | 12-cv-6464 |
| Vaughn, Patricia | Vaughn, Patricia | Goza & Honnold, LLC | 12-cv-6450 |
| Wade, Kay | Wade, Kay | Goza & Honnold, LLC | 12-cv-6437 |
| Wallheimer, Sharon | Wallheimer, Sharon | Goza & Honnold, LLC | 13-cv-6563 |

*Highlighted Plaintiffs filed more than one complaint and are cross referenced for the Court's convenience.

EXHIBIT A TO MERCK'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' COMPLAINTS FOR FAILURE TO COMPLY WITH CMO 16

| Plaintiff | Case | Plaintiff Firm | Case No. |
|---|---|---|---|
| Vocci, Nancy | Vocci, Nancy | Hamburg, Rubin, Mullin, Maxwell & Lupin | 12-cv-3790 |
| Penn, Frances | Penn, Frances | Hodges Law Firm | 15-cv-6280 |
| Marcelles, Sara | Marcelles, Sara | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, PC | 13-cv-4075 |
| Rudolph, Joyce | Rudolph, Joyce | Jubinville, Sarah F. | 13-cv-1884 |
| Diaz, Ana | Diaz, Ana | Law Firm of Jonathan C. Reiter | 12-cv-3386 |
| Conner, Cheryl | Conner, Cheryl | Law Office of Douglas A. Churdar, P.C. | 13-cv-442 |
| Hawn, Patricia | Hawn, Patricia | Law Office of Richard Langerman | 13-cv-4643 |
| Kessler, Janice Joanne | Kessler, Janice | Law Office of Richard Langerman | 13-cv-985 |
| Meiner, Gerald | Meiner, Gerald | Law Office of Richard Langerman | 13-cv-177 |
| Voss, Margieann | Voss, Margieann | Law Office of Richard Langerman | 13-cv-6010 |
| Feingold, Renee | Feingold, Renee | Law Offices of Sean M. Cleary, PA | 12-cv-4941 |
| Jones, Emy Jane | Jones, Emy Jane | Lieff Cabraser Heimann & Bernstein LLP | 17-cv-3817 |
| Courville, Paula R. | Courville, Paula | Martin, Oliveira & Hamel, P.C. | 12-cv-1476 |
| Stolt, Vera Mae | Stolt, Vera Mae | McSweemey / Langevin, LLC | 13-cv-6045 |
| Latini, Barbara | Latini, Barbara | Mellino Robenalt LLC / Novak Robenalt & Pavlick | 13-cv-5299 |
| Morgan, Christine | Rose, Casey (PR-Christine Morgan Estate) | Mellino Robenalt LLC / Novak Robenalt & Pavlick | 11-cv-7186 |
| Quinlan, Barbara J. | Quinlan, Barbara | Motley Rice | 12-cv-5332 |
| Vannoy, Doris A. | Vannoy, Doris | Motley Rice | 12-cv-1072 |
| Wilson, Selma N. | Wilson, Selma | Motley Rice | 12-cv-4014 |
| Naccio, Josephine P. | Naccio, Josephine | Neblett Beard & Arsenault | 11-cv-4055 |
| Enfield, Sandra | Harralson, Connie (PR-Leta Sneed Estate) | Osborn Law, P.C. | 12-cv-4608 |
| Greenway, Ann P. | Greenway, Ann | Parker Waichman | 11-cv-7525 |
| Jones, Geraldine | Jones, Geraldine | Pemberton & Scott, PLLP | 12-cv-6550 |
| Hastings, Janet | Hastings, Janet | Pickett Dummigan LLP | 16-cv-2461 |
| Hardy, Shirley | Hardy, Shirley | Piscitelli Law Firm | 11-cv-5077 |
| Marks, Martha | Marks, Martha | Piscitelli Law Firm | 11-cv-5079 |
| Whitt, Betty Jean | Whitt, Betty Jean | Piscitelli Law Firm | 11-cv-5335 |
| Harris, Nora Faye | Harris, Nora Faye | Pittman Germany | 13-cv-7174 |
| Herrington, Juanita Knight Allen | Herrington, Juanita Knight Allen | Pittman Germany | 14-cv-6064 |

*Highlighted Plaintiffs filed more than one complaint and are cross referenced for the Court's convenience.

**EXHIBIT A TO MERCK'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' COMPLAINTS FOR FAILURE TO COMPLY WITH CMO 16**

| Plaintiff | Case | Plaintiff Firm | Case No. |
|---|---|---|---|
| Jernigan, Mary Lou | Jernigan, Mary Lou | Pittman Germany | 13-cv-2735 |
| McKinney, Carlene | McKinney, Carlene | Pittman Germany | 12-cv-6711 |
| Ferguson, Marion A. | Ferguson, Marion | Pittman, Dutton & Hellums, P.C. | 12-cv-377 |
| Plato, Ruth R. | Plato, Ruth | Pittman, Dutton & Hellums, P.C. | 12-cv-1051 |
| Ashworth, Robbie | Ashworth, Robbie | Pro Se | 19-cv-12239 |
| Gann, Mary | Gann, Mary | Pro Se | 13-cv-5943 |
| Jiang, Hong | Jiang, Hong | Pro Se | 20-cv-1304 |
| Bryner, Lynda | Bryner, Lynda | Quinn Logue LLC | 17-cv-13712 |
| Villafane, Ernestina | Villafane, Earnestina | Rappaport, Glass, Greene & Levine, LLP | 19-cv-12804 |
| Paulson, Jo Ann | Paulson, Richard (PR for Estate of Paulson, Jo Ann) | Robins, Kaplan | 14-cv-1815 |
| Johnson, Janet | Johnson, Janet | Rosenbaum & Rosenbaum, PC | 11-cv-6959 |
| Nelson, Ethelinda | Nelson, Ethelinda | Rosenbaum & Rosenbaum, PC | 11-cv-3367 |
| Smith, Nellie | Smith, Nellie | Seeger Weiss | 14-cv-06343 |
| Torregrossa, Ann M. | Torregrossa, George (PR for Estate of Torregrossa, Ann) | Seeger Weiss | 11-cv-6874 |
| Wirth, Carol | Wirth, Carol | Seeger Weiss | 11-cv-3930 |
| Young, Marilyn | Young, Marilyn | Seeger Weiss | 11-cv-3225 |
| Bennett, Elba I. | Bennett, Elba | Showard Law Firm PC | 13-cv-4448 |
| Carter, Katherine S. | Carter, Katherine | Showard Law Firm PC | 12-cv-4940 |
| Chapman, Priscilla J. | Chapman, Priscilla | Showard Law Firm PC | 13-cv-590 |
| Christy, Tamsen | Christy, Tamsen | Showard Law Firm PC | 13-cv-2246 |
| Dale, Marcia "Marcy" | Dale, Marcia | Showard Law Firm PC | 12-cv-7193 |
| Davis, Betty | Davis, Betty Saki | Showard Law Firm PC | 12-cv-3017 |
| Gilbert, Barbara | Gilbert, Barbara | Showard Law Firm PC | 12-cv-2547 |
| Lundy, Heather A. | Lundy, Heather | Showard Law Firm PC | 14-cv-5575 |
| McCoy, Elizabeth | McCoy, Elizabeth | Showard Law Firm PC | 13-cv-1886 |
| Pitts, Shirley Ann | Pitts, Shirley Ann | Showard Law Firm PC | 13-cv-926 |
| Rampell, Arlene A. | Rampell, Arlene | Showard Law Firm PC | 13-cv-1194 |
| Shevel, Faye Elizabeth | Shevel, Faye Elizabeth | Showard Law Firm PC | 13-cv-4577 |
| Sias, Diana Van Pelt Newell | Sias, Diana Van Pelt Newell | Showard Law Firm PC | 12-cv-2833 |
| Travor, Lois Annette | Travor, Lois Annette | Showard Law Firm PC | 12-cv-3399 |
| Conway, Janet | Conway, Janet | Sizemore Law Firm | 13-cv-179 |
| Howe, Elaine | Howe, Elaine | Smith & Elliott, P.A. | 11-cv-6657 |
| Colern, Barbara | Colern, Barbara | Stamm Law Firm | 12-cv-7723 |
| Psyck, Carolyn | Psyck, Carolyn | Swenson, Perer & Kontos | 12-cv-7684 |
| Brail, Katherine | Brail, Katherine | Tate Law Group, LLC | 12-cv-5977 |
| Collier, Nancy | Collier, Nancy | Tate Law Group, LLC | 12-cv-5978 |
| Fracaro, Fern Lee | Fracaro, Fern Lee | Tate Law Group, LLC | 12-cv-1847 |
| Sutton, Barbara | Sutton, Barbara | Tate Law Group, LLC | 11-cv-3310 |

*Highlighted Plaintiffs filed more than one complaint and are cross referenced for the Court's convenience.

**EXHIBIT A TO MERCK'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' COMPLAINTS FOR FAILURE TO COMPLY WITH CMO 16**

| Plaintiff | Case | Plaintiff Firm | Case No. |
|---|---|---|---|
| Banner, Lorraine | Banner, Lorraine | Terrell Hogan Ellis Yegelwel, P.A. | 13-cv-785 |
| Duval, Doris Jane | Duval, Doris | Terrell Hogan Ellis Yegelwel, P.A. | 13-cv-772 |
| Noel, Jill | Noel, Jill | Terrell Hogan Ellis Yegelwel, P.A. | 13-cv-745 |
| Schwartz, Mary M. | Schwartz, Mary | Terrell Hogan Ellis Yegelwel, P.A. | 13-cv-812 |
| Kahn, Sandra | Kahn, Sandra | The Brandi Law Firm | 11-cv-5150 |
| O'Brien, Molly (aka Mary) | O'Brien, Molly | The Brandi Law Firm | 11-cv-4242 |
| Jefferies, Gail | Jefferies, Gail | The Buxner Law Firm | 12-cv-1322 |
| Abee, Helen McClure | Abee, Helen | The Driscoll Firm, P.C. | 13-cv-1263 |
| Boue, Norma | Boue, Norma | The Driscoll Firm, P.C. | 13-cv-6406 |
| Breen, Mary Elizabeth | Breen, Mary Elizabeth | The Driscoll Firm, P.C. | 13-cv-1316 |
| Krebs, Regina | Krebs, Regina | The Driscoll Firm, P.C. | 13-cv-6407 |
| Lange, Vera | Lange, Susan (PR-Vera Lange Estate) | The Driscoll Firm, P.C. | 12-cv-966 |
| O'Brien, Dolores Marie | O'Brien, Dolores Marie | The Driscoll Firm, P.C. | 13-cv-1197 |
| Parr, Loyce Marlene | Parr, Loyce Marlene | The Driscoll Firm, P.C. | 13-cv-1362 |
| Phillips, Majorie | Phillips, Majorie | The Driscoll Firm, P.C. | 12-cv-6958 |
| Sprangler, Katherine | Sprangler, Katherine | The Driscoll Firm, P.C. | 12-cv-6562 |
| Wilke, Beverly | Wilke, Beverly | The Driscoll Firm, P.C. | 13-cv-925 |
| Wilson, Emily | Wilson, Emily | The Driscoll Firm, P.C. | 13-cv-1872 |
| Woodson, January Fern (Leah Fern Woodson January) | Woodson, January Fern | The Driscoll Firm, P.C. | 13-cv-1883 |
| Guidry, Lynn | Guidry, Lynn | The Ferguson Law Firm, LLP | 18-cv-8484 |
| Bonne, Virginia | Bonne, Virginia | The Miller Firm, LLC | 11-cv-571 |
| Chee, Paula | Chee, Paula | The Miller Firm, LLC | 11-cv-6451 |
| Heaton, Nancy | Heaton, Nancy | The Miller Firm, LLC | 11-cv-570 |
| Bernstein, Linda | Bernstein, Linda | The Sher Law Firm, PLLC | 13-cv-5911 |
| Parker, Esther | Parker, Esther | Viles & Beckman, LLC | 12-cv-4611 |
| Gordon, Elvira | Gordon, Elvira | Walker Hamilton & Koenig | 20-cv-3132 |
| Nathanson, Ronnie Arlene | Nathanson, Ronnie Arlene | Watters & Watters, PLLC | 15-cv-3784 |
| Andrejasich, Anne | Andrejasich, Anne | Weitz & Luxenberg | 12-cv-1200 |
| Askanase, Susan | Askanase, Susan | Weitz & Luxenberg / Lieff Cabraser Heimann & Bernstein LLP | 17-cv-3816 |
| Azar, Bernice | Azar, Bernice | Weitz & Luxenberg | 12-cv-1876 |
| Baldridge, Wilemina | Baldridge, Wilemina | Weitz & Luxenberg | 12-cv-503 |
| Bartsch, Geraldine | Bartsch, Geraldine | Weitz & Luxenberg | 13-cv-1021 |
| Betts, Sandra | Betts, Sandra | Weitz & Luxenberg | 13-cv-1297 |
| Bjork, Frances | Bjork, Frances | Weitz & Luxenberg | 12-cv-3325 |
| Blackford, June | Blackford, June | Weitz & Luxenberg | 11-cv-6415 |
| Brown, Towanda | Brown, Towanda | Weitz & Luxenberg | 12-cv-2598 |
| Bryant, Sharon | Bryant, Sharon | Weitz & Luxenberg | 12-cv-1329 |

*Highlighted Plaintiffs filed more than one complaint and are cross referenced for the Court's convenience.

**EXHIBIT A TO MERCK'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' COMPLAINTS FOR FAILURE TO COMPLY WITH CMO 16**

| Plaintiff | Case | Plaintiff Firm | Case No. |
|---|---|---|---|
| Burnett, Mary | Burnett, Mary | Weitz & Luxenberg | 12-cv-6101 |
| Care, Margaret | Care, Margaret | Weitz & Luxenberg | 11-cv-6694 |
| Costigan, Jack | Costigan, Jack | Weitz & Luxenberg | 13-cv-2159 |
| Covey, Janet Stetler | Covey, Janet | Weitz & Luxenberg | 11-cv-6946 |
| Croyle, Kim | Croyle, Kim | Weitz & Luxenberg | 12-cv-7417 |
| Davis, Patricia | Davis, Patricia | Weitz & Luxenberg | 12-cv-273 |
| Delagarza, Margaret | Delagarza, Margaret | Weitz & Luxenberg | 12-cv-622 |
| Dillard, Norma | Dillard, Norma | Weitz & Luxenberg | 13-cv-30 |
| Dwyer, Marion | Dwyer, Marion | Weitz & Luxenberg | 12-cv-663 |
| Dykes, Marsha | Dykes, Marsha | Weitz & Luxenberg | 12-cv-3348 |
| Eck, Marlene | Eck, Marlene | Weitz & Luxenberg | 12-cv-664 |
| Ecker, Susan | Ecker, Susan | Weitz & Luxenberg | 12-cv-7259 |
| Enfield, Dorothy | Enfield, Dorothy | Weitz & Luxenberg | 13-cv-830 |
| Falconieri, Diane | Falconieri, Diane | Weitz & Luxenberg | 13-cv-1240 |
| Feinberg, Stephanie | Feinberg, Stephanie | Weitz & Luxenberg | 13-cv-31 |
| Freay, OnNolee | Freay, OnNolee | Weitz & Luxenberg | 12-cv-1754 |
| Freelin, Stephanie | Freelin, Stephanie | Weitz & Luxenberg | 12-cv-626 |
| Garrett, Barbara | Garrett, Barbara | Weitz & Luxenberg | 12-cv-660 |
| Gerardo, Claudia | Gerardo, Claudia | Weitz & Luxenberg | 12-cv-310 |
| Gerber, Marilyn | Gerber, Marilyn | Weitz & Luxenberg | 12-cv-3326 |
| Goggin, Carol | Goggin, Carol | Weitz & Luxenberg | 12-cv-1021 |
| Goldberger, Esther | Goldberger, Esther | Weitz & Luxenberg | 12-cv-5643 |
| Grassel, Sara | Grassel, Sara | Weitz & Luxenberg | 12-cv-627 |
| Gunsberg, Melvin | Gunsberg, Melvin | Weitz & Luxenberg | 12-cv-6163 |
| Cronic, Lura Lee A. | Hamilton-Gamman, Sandra Lynn (PR-Lura Lee A. Cronic Estate) | Weitz & Luxenberg | 12-cv-5385 |
| Hanson, Nelda | Hanson, Nelda | Weitz & Luxenberg | 12-cv-1552 |
| Hill, Phyllis | Harne, Sharon (PR-Phyllis Hill Estate) | Weitz & Luxenberg | 12-cv-5562 |
| Harvey, Robert | Harvey, Robert | Weitz & Luxenberg | 12-cv-629 |
| Hayes, Mavis | Hayes, Mavis | Weitz & Luxenberg | 12-cv-1549 |
| Hernandez, Antonia Maria | Hernandez, Antonia | Weitz & Luxenberg | 12-cv-4601 |
| Hurley, Cheryl | Hurley, Cheryl | Weitz & Luxenberg | 12-cv-6985 |
| Hutton, Nancy | Hutton, Nancy | Weitz & Luxenberg | 12-cv-4599 |
| Jennings, Madeline | Jennings, Madeline | Weitz & Luxenberg | 13-cv-1592 |
| Johnson, Susan | Johnson, Susan | Weitz & Luxenberg | 11-cv-5301 |
| Jones, Sheila | Jones, Sheila | Weitz & Luxenberg | 12-cv-7422 |
| Kafka, Helene | Kafka, Helene | Weitz & Luxenberg | 13-cv-568 |
| Keaser, Barbara | Keaser, Barbara | Weitz & Luxenberg | 12-cv-1850 |
| Knutson, Josephine | Knutson, Josephine | Weitz & Luxenberg | 12-cv-5383 |
| Kozloski, Margaret | Kozloski, Margaret | Weitz & Luxenberg | 12-cv-647 |
| Krakovitz, Pearl | Krakovitz, Pearl | Weitz & Luxenberg | 11-cv-6417 |
| Lee, Chontella | Lee, Chontella | Weitz & Luxenberg | 13-cv-40 |
| Rensing, Christine | Lowry, Marion (PR-Christine Rensing Estate) | Weitz & Luxenberg | 12-cv-7421 |

*Highlighted Plaintiffs filed more than one complaint and are cross referenced for the Court's convenience.

**EXHIBIT A TO MERCK'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' COMPLAINTS FOR FAILURE TO COMPLY WITH CMO 16**

| Plaintiff | Case | Plaintiff Firm | Case No. |
|---|---|---|---|
| Lyons, Janet | Lyons, Janet | Weitz & Luxenberg | 12-cv-1180 |
| Matthews, Roxie Mogler | Matthews, Roxie Mogler | Weitz & Luxenberg | 12-cv-648 |
| Matzenbacher, Norma | Matzenbacher, Norma | Weitz & Luxenberg | 12-cv-1565 |
| Messerli, Donna | Messerli, Donna | Weitz & Luxenberg | 11-cv-7491 |
| Migatulski, Mary | Migatulski, Mary | Weitz & Luxenberg | 12-cv-593 |
| Millar, Orah | Millar, Orah | Weitz & Luxenberg | 12-cv-7124 |
| Misner, Anita | Misner, Anita | Weitz & Luxenberg | 11-cv-7401 |
| Mistretta, Wilma | Mistretta, Wilma | Weitz & Luxenberg | 11-cv-7521 |
| Moore, Marlene | Moore, Marlene | Weitz & Luxenberg | 12-cv-1328 |
| Onaka, Eleanor | Onaka, Eleanor | Weitz & Luxenberg | 11-cv-5302 |
| Patterson, Ethel | Patterson, Ethel | Weitz & Luxenberg | 12-cv-4836 |
| Pickering, Linda | Pickering, Linda | Weitz & Luxenberg | 12-cv-7111 |
| Prinzel, Shirley | Prinzel, Shirley | Weitz & Luxenberg | 13-cv-2471 |
| Radford, Shirley | Radford, Shirley | Weitz & Luxenberg | 11-cv-6947 |
| Reed, Patricia | Reed, Patricia | Weitz & Luxenberg | 13-cv-736 |
| Rimstidt, Nelda | Rimstidt, Nelda | Weitz & Luxenberg | 12-cv-655 |
| Rousey, Shirlie | Rousey, Shirlie | Weitz & Luxenberg | 12-cv-569 |
| Sayers, Sheila | Sayers, Sheila | Weitz & Luxenberg | 12-cv-5993 |
| Schendle, Carolyn | Schendle, Carolyn | Weitz & Luxenberg | 12-cv-404 |
| Schick, Joan | Schick, Joan | Weitz & Luxenberg | 11-cv-6421 |
| McEwen, Karen | Schornick, Lori (PR-Karen McEwen Estate) | Weitz & Luxenberg | 11-cv-6387 |
| Shackelford, Margaret | Shackelford, Margaret | Weitz & Luxenberg | 11-cv-7106 |
| Simpson, Esther | Simpson, Esther | Weitz & Luxenberg | 12-cv-570 |
| Smith, Elizabeth | Smith, Elizabeth | Weitz & Luxenberg | 13-cv-2097 |
| Smith, Richard | Smith, Richard | Weitz & Luxenberg | 12-cv-688 |
| Sorrentino, Theresa | Sorrentino, Theresa | Weitz & Luxenberg | 11-cv-7522 |
| Spires, Evelyn | Spires, Evelyn | Weitz & Luxenberg | 12-cv-1222 |
| Stanton, Rosemary | Stanton, Rosemary | Weitz & Luxenberg | 13-cv-1247 |
| Stuive, Madeline | Stuive, Madeline | Weitz & Luxenberg | 12-cv-1548 |
| Suehiro, Tokia | Suehiro, Tokia | Weitz & Luxenberg | 12-cv-1185 |
| Sweet, Karen | Sweet, Karen | Weitz & Luxenberg | 12-cv-4566 |
| Tanglao, Lourdes | Tanglao, Lourdes | Weitz & Luxenberg | 12-cv-3705 |
| Voss, Betty | Voss, Betty | Weitz & Luxenberg | 11-cv-6347 |
| Waldrup, Roberta | Waldrup, Roberta | Weitz & Luxenberg | 12-cv-1569 |
| Weinmann, Shirley | Weinmann, Shirley | Weitz & Luxenberg | 13-cv-34 |
| Wheeler, Jo | Wheeler, Jo | Weitz & Luxenberg | 12-cv-667 |
| White, Sammy | White, Sammy | Weitz & Luxenberg | 13-cv-1296 |
| Zessin, Deloris M. | Zessin, Deloris | Weitz & Luxenberg | 11-cv-3919 |
| Ziegenfus, Gwendolyn | Ziegenfus, Gwendolyn | Weitz & Luxenberg | 12-cv-5834 |
| Gleue, Elmer | Gleue, Elmer | Wendt Goss, PC | 13-cv-2798 |
| Gulley, Linda | Gulley, Linda | Wendt Goss, PC | 13-cv-5839 |

*Highlighted Plaintiffs filed more than one complaint and are cross referenced for the Court's convenience.