**FOX ROTHSCHILD LLP**
Eileen Oakes Muskett
1301 Atlantic Avenue
Midtown Building – Suite 400
Atlantic City, New Jersey 08401
Telephone: (609) 348-4515
emuskett@foxrothschild.com
*Attorneys for Defendants Merck & Co., Inc.,*
*Merck Sharp & Dohme LLC,*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION (NO. II) | MDL No. 2243<br>Master Docket Number 08-08-KMW-MJS |
| THIS DOCUMENT RELATES TO:<br><br>All Actions Listed in Attached Exhibit A | **CERTIFICATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS EXHIBIT A PLAINTIFFS' COMPLAINTS WITH PREJUDICE.** |

I, Eileen Oakes Muskett, pursuant to 28 U.S.C. § 1746, do hereby certify as follows:

    1.    I am an attorney-at-law in the State of New Jersey and partner in the law firm of Fox Rothschild LLP, attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme LLC,[1] ("Merck" or "Defendants")

---

[1] Defendant Merck Sharp & Dohme Corp. has merged with and is now known as Merck Sharp & Dohme LLC.

176695953.1

2. I am authorized to make this Declaration on behalf of Merck and do so in support of Merck's Omnibus Motion to Dismiss with prejudice the plaintiffs listed in the attached Exhibit A, for failure to produce a certification as required by Case Management Order 16 (Doc. 4588) ("CMO 16").

3. On April 11, 2025, the Honorable Judge Matthew J. Skahill, U.S.M.J. entered CMO 16 which provided, in pertinent part, that "[e]very Plaintiff (or their appropriate representative or anticipated representative shall complete the required applicable Certification attached as Exhibit A [to CMO 16] stating that the Plaintiff (or their appropriate representative or anticipated representative) is willing and able to proceed with this litigation. *See*, CMO 16, paragraph 1(a).

4. The deadline to provide the Certification was June 10, 2025. *Id.*

5. The undersigned counsel sent emails and/or letters to the last known email address and/or street address of counsel for plaintiffs or the pro se plaintiffs who had failed, by June 10, 2025, to provide a certification in compliance with CMO 16.

6. To date, the Plaintiffs listed in Exhibit A attached hereto have failed to provide a certification as required by CMO 16.

7. On September 9, 2025, the Honorable Judge Matthew J. Skahill, U.S.M.J. granted Merck's request for permission to file an omnibus motion to

dismiss with prejudice the cases for which a certification was not produced as required by CMO 16. *See*, CMO 17 (Doc. 4863).

8. Pursuant to Federal Rule of Civil Procedure 41(b) Merck seeks dismissal with prejudice of the claims of Plaintiffs listed in Exhibit A for failure to comply with CMO 16.

9. Attached hereto at Exhibit A is the list including each plaintiff for whom a certification has not been provided pursuant to CMO 16, along with the corresponding case name, plaintiffs' counsel name, if represented, and the civil action number.

I certify under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: September 11, 2025

_____
Eileen Oakes Muskett