**FOX ROTHSCHILD LLP**
Eileen Oakes Muskett
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401
Telephone: (609) 572-2355
emuskett@foxrothschild.com
*Attorneys for Defendants Merck & Co., Inc.,*
*Merck Sharp & Dohme LLC,*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION (NO. II) | MDL No. 2243 <br><br> Master Docket Number 08-08-KMW-MJS |
| THIS DOCUMENT RELATES TO: <br><br> All Actions Listed in Attached Exhibit A | **PROPOSED ORDER** |

**THIS MATTER** having been brought before the Court upon the motion of Defendants Merck & Co., Inc. and Merck Sharp & Dohme LLC ("Merck"), through their counsel, Fox Rothschild LLP, for an Order Dismissing the complaints of Plaintiffs identified in Exhibit A with prejudice for failure to comply with CMO 16;

176722480.1

and the Court having considered the moving papers, any opposition thereto, and the arguments of counsel, if any; and for other good cause shown;

  IT IS on this _____ day of _____, 2025, ORDERED as follows:

  1. Defendants' Motion is GRANTED, and

  2. All claims of the Plaintiffs listed in Exhibit A are dismissed with prejudice.

             _____
             Hon. Karen M. Williams, U.S.D.J.

☐ Opposed

☐ Unopposed

176722480.1