**FOX ROTHSCHILD LLP**
Eileen Oakes Muskett
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401
Telephone: (609) 572-2355
emuskett@foxrothschild.com
*Attorneys for Defendants Merck & Co., Inc.,*
*Merck Sharp & Dohme LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions Listed in Attached Exhibit A | MDL No. 2243<br>Master Docket Number 08-08-KMW-MJS<br><br>**CERTIFICATE OF SERVICE**<br><br>**MOTION TO DISMISS EXHIBIT A PLAINTIFFS' COMPLAINTS WITH PREJUDICE**<br><br>**MOTION DATE: October 6, 2025** |

I, Eileen Oakes Muskett, hereby certify that, on this date, I caused Merck's motion to Dismiss, with Prejudice, the Complaints of those Plaintiffs listed in Exhibit A ("the Motion") to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system. Such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon the Attorneys for Plaintiffs listed in the attached Exhibit 1. The Motion was also sent to the attorneys for Plaintiffs listed in the attached Exhibit 1 via email, fax or regular mail per the contact information listed in

176766047.1

Exhibit 1.  Finally, I caused for the Motion to be sent via certified mail to the pro se Plaintiffs listed in Exhibit 1.


                                        By: */s/ Eileen Oakes Muskett*
                                        Eileen Oakes Muskett

Dated: September 11, 2025