# Exhibit 1 to Certificate of Service for Merck's Motion to Dismiss Exhibit A Plaintiffs' Complaints with Prejudice

| Plaintiff Firm | Contacts |
|---|---|
| Aaron M. Levine & Associates | AARON M. LEVINE aaronlevinelaw@aol.com |
| Anapol Schwartz | Tracy A. Finken tfinken@anapolweiss.com<br>cmcdonough@anapolweiss.com<br>ngordon@anapolweiss.com<br>pplayolin@anapolweiss.com |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | jbarger@awkolaw.com; agayle@awkolaw.com; athane@awkolaw.com; baylstock@awkolaw.com; bwilliams@awkolaw.com; cduer@awkolaw.com; churt@awkolaw.com; dcross@awkolaw.com; dthornburgh@awkolaw.com; kmcdaniel@awkolaw.com; mweaver@awkolaw.com; paralegal@awkolaw.com; pgreen@awkolaw.com; prichardson@awkolaw.com; rbaggett@awkolaw.com; rvasquez@awkolaw.com; rvolpara@awkolaw.com; sbozeman@awkolaw.com; sgeisler@awkolaw.com; swesley@awkolaw.com |
| Ball & Scott Law Offices | gball@gordonball.com<br>ddaugherty@gordonball.com<br>tbenson@gordonball.com |
| Beahm & Green | frank@beahm.com<br>tammy@beahm.com |
| Beasley Allen | WESLEY CHADWICK COOK<br>chad.cook@beasleyallen.com<br>david.dearing@beasleyallen.com<br>ellen.royal@beasleyallen.com<br>renee.lindsey@beasleyallen.com<br>tabitha.sharp@beasleyallen.com |
| Belluck & Fox, LLP | dsatisky@belluckfox.com |
| Bird Law Group, PC | billbird@birdlawgroup.com<br>ash@birdlawgroup.com |

176770983.2

| | |
|---|---|
| Brown Chiari LLP | twalsh@brownchiari.com |
| Burg Simpson Eldredge Hersh & Jardine | Melanie Bailey MBailey@burgsimpson.com<br>William E. Winingham winingham@wkw.com<br>Angela Briley abriley@wkw.com |
| Carella, Byrne, Cecchi, Olstein, Brody & Agnello | Donald A. Ecklund DEcklund@carellabyrne.com;<br>7769272420@filings.docketbird.com;<br>jcecchi@carellabyrne.com; jsteele@carellabyrne.com;<br>mrago@carellabyrne.com; zbower@carellabyrne.com |
| Carey Danis & Lowe | James Rosemergy jrosemergy@careydanis.com<br>Dawn Whalen DWhalen@careydanis.com;<br>Jeff Lowe JLowe@careydanis.com |
| Cateline S. Mark, Esq. | csmesq@gmail.com |
| Cawood & Cawood, LLC | Robert H. B. Cawood, Esq. rhbc@cawoodlawfirm.com |
| Cellino & Barnes, PC | Joe.Vazquez@TheBarnesFirm.com |
| Cervantes & Associates | jsuttmoeller@cervanteslawyer.com |
| Cohn Lifland Pearlman Herrman & Knopf LLP | mfg@njlawfirm.com; ml@njlawfirm.com;<br>sl@njlawfirm.com |
| Coiro, Wardi, Chinitz & Silverstein | Michael A. Chinitz<br>1206 Castle Hill Avenue<br>Bronx, NY 10462<br>718-824-6500 |
| WELLBORN WALLACE & WOODARD LLC | JAMIE PONDER WOODARD<br>1175 PEACHTREE STREET NE<br>100 COLONY SQUARE<br>SUITE 300<br>ATLANTA, GA 30361<br>jamie@wellbornlaw.com |
| Covington, Patrick, Hagins, Stern & Lewis, PA | susan@covingtonlawoffice.com |

176770983.2

| | |
|---|---|
| D'Addario Law Firm, P.C. | Daddariolaw@gmail.com<br>D'Addario Law Firm, PC<br>136 East Main Street<br>East Islip, NY 11730 |
| Evertson & Sanchez | karen@texESlaw.com |
| D'Arcy Johnson Day, P.C. | adarcy@djdlawyers.com |
| Douglas & London | Kristin Padden kpadden@douglasandlondon.com |
| Doyle Law Firm, PC | jimmy@doylefirm.com |
| Evertson & Sanchez | karen@texESlaw.com |
| Foley & Small | dsmall@foleyandsmall.comb paluzzi@foleyandsmall.com |
| Gallagher Law Offices PLLC | JOHN C. GALLAGHER<br>GALLAGHER LAW OFFICES PLLC<br>1 WOLFS LANE<br>SUITE 314<br>PELHAM, NY 10803<br>914-618-5475<br>Fax: 888-837-8142<br>ATTORNEY TO BE NOTICED |
| The Gallagher Law Firm | MICHAEL T. GALLAGHER<br>2905 SACKETT STREET<br>HOUSETON, TX 77098<br>713-238-7707<br>Email: shawnaf@gld-law.com |
| Ginzkey, James P. | jim@jimginzkey.com |
| Goza & Honnold, LLC | bhonnold@gohonlaw.com<br>kgoza@gohonlaw.com |

176770983.2

| | |
|---|---|
| Hamburg, Rubin, Mullin, Maxwell & Lupin | LEck@HRMML.com |
| Hodges Law Firm | david@hodgeslaw.com |
| Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, PC | rsinins@lawjw.com |
| Jubinville, Sarah F. | sfjubinville@gmail.com |
| Law Firm of Jonathan C. Reiter | jcrlaw@hotmail.com<br>info@jcreiterlaw.com |
| Law Office of Douglas A. Churdar, P.C. | dachurdar@churdarlaw.com |
| Law Office of Richard Langerman | richard@langermanlaw.com |
| Law Offices of Sean M. Cleary, PA | Sean Cleary sean@clearypa.com |
| Lieff Cabraser Heimann & Bernstein LLP | mail@lchb.com<br>Fleishman, Wendy R. wfleishman@lchb.com |
| Martin, Oliveira & Hamel, P.C. | William E. Martin WEM@martinlawofficespc.com |
| McSweemey / Langevin, LLC | dave@westrikeback.com<br>filing@westrikeback.com |
| Mellino Robenalt LLC / Novak Robenalt & Pavlick | Tom Robenalt trobenalt@robenaltlaw.com |
| Motley Rice | Dotson, Kimberly A. kdotson@motleyrice.com |

176770983.2

| | |
|---|---|
| Nass Cancelliere | Richard Hackman RPHackman@nasscancelliere.com |
| Osborn Law, P.C. | Daniel A. Osborn dosborn@osbornlawpc.com ltrust@osbornlawpc.com |
| Parker Waichman | Goldstein, Jason S. jgoldstein@yourlawyer.com Muhlstock, Melanie mmuhlstock@yourlawyer.com; Carvelli, Teresa tcarvelli@yourlawyer.com |
| Pemberton & Scott, PLLP | MICHAEL S. PEMBERTON<br>COUNSEL NOT ADMITTED TO USDC-NJ BAR<br>PEMBERTON & SCOTT PLLP<br>9539 KINGSTON PIKE<br>KNOXVILLE, TN 37922<br>(865) 531-1941<br>Fax: (865) 531-2191 |
| Pickett Dummigan LLP | info@pdw.legal |
| Piscitelli Law Firm | Frank Piscitelli, Jr. frank@feplaw.com |
| Pittman Germany | bob@bobgermanylaw.com |
| Pittman, Dutton & Hellums, P.C. | chrish@pittmandutton.com<br>jills@pittmandutton.com<br>PDH-efiling@pittmandutton.com<br>janetholmes1@mac.com<br>jonm@pittmandutton.com |
| Pro Se Robbie Ashworth | 639 Painter Road<br>Altoona, AL  35952 |
| Pro Se Mary Gann | 601 Green Valley Road<br>Kernsville, NC  27284 |
| Pro Se Hong Jiang | 715 Paisley Drive<br>Colorado Springs, CO  80906 |
| Quinn Logue | matt@quinnlogue.com |

176770983.2

| | |
|---|---|
| Rosenbaum & Rosenbaum, PC | cr@rosenbaumnylaw.com |
| Rappaport, Glass, Greene & Levine, LLP | tvalet@rapplaw.com |
| Robins, Kaplan | Sutton, Tara D. TSutton@RobinsKaplan.com |
| Rosenbaum & Rosenbaum, PC | cr@rosenbaumnylaw.com |
| Seeger Weiss | Mike Rosenberg mrosenberg@seegerweiss.com |
| Showard Law Firm PC | sjshoward@showardlaw.com |
| Jeffrey C. Bogert | **JEFFREY C. BOGERT**<br>SIZEMORE LAW FIRM PLC<br>827 MORAGA DRIVE<br>LOS ANGELES, CA 90049<br>424-293-2272<br>Email: bogert@sizemorelawfirm.com<br>& bogertlaw@outlook.com |
| Smith & Elliott, P.A. attorney now with Shaheen & Gordon | Shaheen & Gordon<br>Alex Spadinger<br>ASpadinger@shaheengordon.com |
| Stamm Law Firm | Stamm Law Firm<br>1127 Wehrle Dr., Suite 100<br>Williamsville, NY 14221 |
| Swenson, Perer & Kontos | info@spkpowerlaw.com |
| Tate Law Group, LLC | jshipley@tatelawgroup.com |
| Terrell Hogan Ellis Yegelwel, P.A. | shakib@terrellhogan.com |

176770983.2

| | |
|---|---|
| The Brandi Law Firm | Tjb@brandilaw.com |
| The Buxner Law Firm | Erica Rivera erivera@buxnerlaw.com<br>Evan Buxner ebuxner@buxnerlaw.com |
| The Driscoll Firm, P.C. | John@thedriscollfirm.com; chris@thedriscollfirm.com; tiffany@thedriscollfirm.com |
| The Ferguson Law Firm, LLP | cferguson@thefergusonlawfirm.com |
| The Miller Firm, LLC | Tayjes Shah TShah@MillerFirmLLC.com |
| The Sher Law Firm, PLLC | The Sher Law Firm PLLC<br>3355 W Alabama<br>Ste 240<br>Houston, TX 77098 |
| Viles & Beckman, LLC | Michael Beckman michael@vilesandbeckman.com |
| Walker Hamilton & Koenig | tim@whk-law.com<br>clarissa@whk-law.com |
| Watters & Watters, PLLC | admin@watterslaw.com |
| Weitz & Luxenberg | Pederson, Mike mpederson@weitzlux.co;<br>Relkin, Ellen erelkin@weitzlux.com<br>jsosiewicz@weitzlux.com |
| Wendt Goss, PC | pgoss@thegosslawfirm.com |

176770983.2