IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: FOSAMAX® (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION** | **HONORABLE KAREN M. WILLIAMS**<br><br>**MDL No. 2243**<br>Civil Action No. 1:08-cv-08 (KMW) (MJS)<br><br>**CASE MANAGEMENT ORDER**<br><br>*Filed Electronically* |

**THIS MATTER**, having come before the Court upon Joint Consent Motion by Plaintiffs, the Actonel Defendants, the Boniva Defendants, and the Reclast Defendant, and for good cause having been shown:

**IT IS** on this ___ day of _____, 2026, **ORDERED** as follows:

**Applicability of Order**

1. This Case Management Order ("CMO") applies to all Plaintiffs alleging personal injury (and related) claims against the Actonel Defendants, Boniva Defendants, and/or the Reclast Defendant in this Multi-District Litigation ("MDL"), including living Plaintiffs, as well as the representatives and anticipated representatives of any deceased Plaintiffs (all hereinafter referred to as the "Litigating Plaintiffs").

2. Litigating Plaintiffs who represent themselves *pro se* shall be bound by the requirements of this CMO and shall fully comply with all obligations required of counsel by this CMO, unless otherwise stated.

**Certification Requirements**

3. Pursuant to this CMO, all Litigating Plaintiffs, their representatives, or their anticipated representatives, shall fully and accurately complete the applicable Actonel Certification attached as Exhibit 1, the Boniva Certification attached as Exhibit 2, and/or the Reclast Certification attached as Exhibit 3.  If a Litigating Plaintiff brings claims against more than one of either of the Actonel Defendants, Boniva Defendants, or Reclast Defendant, such Litigating Plaintiff shall complete each applicable certification.  Completed Actonel Certifications shall be emailed to BTorres@kslaw.com, CCAllen@kslaw.com, and NJFosamaxLiaison@seegerweiss.com.  Completed Boniva Certifications shall be emailed to mary.pawelek@bowmanandbrooke.com, delena.meuth@bowmanandbrooke.com, marissa.mooney@bowmanandbrooke.com, dspiro@dughihewit.com, and NJFosamaxLiaison@seegerweiss.com.  Completed Reclast Certifications shall be emailed to sklein@hollingsworthllp.com, cfalletta@sillscummis.com, and .NJFosamaxLiaison@seegerweiss.com.

4. A completed certification that is applicable to one Defendant shall not apply to any other Defendant. Litigating Plaintiffs bringing claims against multiple Defendants must complete a certification for each applicable Defendant.

**Deadline to Comply**

5. Litigating Plaintiffs shall provide the certifications required by paragraphs 3 and 4 above to the Actonel Defendants, Boniva Defendants, and Reclast Defendant, as applicable, no later than 45 days after the entry of this order.

**Failure to Comply**

6. The claims of any Litigating Plaintiffs that have not submitted the applicable certification by the deadline set forth in paragraph 5 of this CMO may, upon motion, be subject to dismissal without prejudice. From the date a case is dismissed without prejudice, the Litigating Plaintiff or their representative will have 60 days to provide the applicable certification and file a motion to reinstate their case, or the claims of that Litigating Plaintiff may, upon motion, be dismissed with prejudice.

It is so **ORDERED**.

_____
KAREN M. WILLIAMS
U.S. DISTRICT COURT JUDGE