# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: FOSAMAX® (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION** | **MDL No. 2243**<br><br>MASTER DOCKET<br>No. 1:08-cv-08 (KMW) (MJS)<br><br>**BONIVA PLAINTIFF CERTIFICATION** |

I, _____ (**PRINT NAME**), understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct.

1. I filed a lawsuit, and I am a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, I bring claims against the Boniva® Defendants based on my alleged use of a medication called Boniva®.

2. My current address is (**PRINT**): _____

   _____

3. I hereby certify that I am willing and able to proceed with this litigation.

Date: _____   _____
　　　(**PRINT DATE**)　　　　　　　　　Plaintiff (**PRINT NAME**)


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Plaintiff (**SIGNATURE**)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: FOSAMAX®  (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION** | **MDL No. 2243**  <br><br>MASTER DOCKET  <br>No. 1:08-cv-08 (KMW) (MJS)  <br><br>**BONIVA PLAINTIFF CERTIFICATION** |

I, _____ (**PRINT YOUR NAME**), understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct.

1. I am acting as the personal representative of the Estate of _____ (**PRINT DECEDENT'S NAME**) (hereinafter identified as the "The Decedent"), which is a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, I bring claims against the Boniva® Defendants based on The Decedent's alleged use of a medication called Boniva®.

2. I am acting on behalf of the deceased Plaintiff _____ (**PRINT DECEDENT'S NAME**) in this litigation.

3. My current address is (**PRINT**): 
   _____
   _____

    4.  I certify that I am willing and able to proceed with this litigation.

Date: _____   _____
      (**PRINT DATE**)                             Plaintiff (**PRINT YOUR NAME**)

                                                             _____
                                                             Plaintiff (**SIGNATURE**)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: FOSAMAX® (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION** | MDL No. 2243<br><br>MASTER DOCKET<br>No. 1:08-cv-08 (KMW) (MJS)<br><br>**BONIVA PLAINTIFF CERTIFICATION** |

I, _____ (**PRINT NAME**), understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct

1. A. I am the authorized representative of _____ (**PRINT DECEDENT'S NAME**) (hereinafter identified as the "The Decedent"), who is deceased and who is a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey.  In this lawsuit, Decedent brought claims against the Boniva® Defendants based on Decedent's alleged use of a medication called Boniva®.

<strong><u>OR</u></strong>

   B. I have or will be seeking the authority to act as Decedent's authorized personal representative because I am their next of kin or legally designated personal representative.

2. I intend to proceed as plaintiff on behalf of the Decedent in this litigation pending in United States District Court for the District of New Jersey.

3. I will take the necessary steps to substitute my appearance for the Decedent as the estate's representative.

4. I understand that if I do not promptly take the necessary steps to formalize this appointment, the case may be dismissed.

5. My current address is (**PRINT**): _____

6. I hereby certify that I am willing and able to proceed with this litigation.

Date:  
_____  
(**PRINT DATE**)

_____  
Proposed Representative (**PRINT NAME**)

_____  
Proposed Representative (**SIGNATURE**)