# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: FOSAMAX® (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION | MDL No. 2243<br><br>MASTER DOCKET<br>No. 1:08-cv-08 (KMW) (MJS)<br><br>**RECLAST PLAINTIFF CERTIFICATION** |

I, _____ (**PRINT NAME**), understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct.

1. I filed a lawsuit, and I am a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, I bring claims against Novartis Pharmaceuticals Corporation based on my alleged use of a medication called Reclast®.

2. My current address is (**PRINT**):
   _____
   _____

3. I hereby certify that I am willing and able to proceed with this litigation.

Date: _____   _____
       (**PRINT DATE**)                    Plaintiff (**PRINT NAME**)

                                          _____
                                          Plaintiff (**SIGNATURE**)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: FOSAMAX® (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION** | MDL No. 2243<br><br>MASTER DOCKET<br>No. 1:08-cv-08 (KMW) (MJS)<br><br>**RECLAST PLAINTIFF CERTIFICATION** |

    I, _____ (**PRINT YOUR NAME**), understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct.

1. I am acting as the personal representative of the Estate of _____ (**PRINT DECEDENT'S NAME**) (hereinafter identified as the "The Decedent"), which is a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, I bring claims against Novartis Pharmaceuticals Corporation based on The Decedent's alleged use of a medication called Reclast®.

2. I am acting on behalf of the deceased Plaintiff _____ (**PRINT DECEDENT'S NAME**) in this litigation.

3. My current address is (**PRINT**):

    _____

    _____

4.  I certify that I am willing and able to proceed with this litigation.

Date: _____   _____
       (**PRINT DATE**)                        Plaintiff (**PRINT YOUR NAME**)


                                                                   _____
                                                                   Plaintiff (**SIGNATURE**)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: FOSAMAX® (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION** | MDL No. 2243<br><br>MASTER DOCKET<br>No. 1:08-cv-08 (KMW) (MJS)<br><br>**RECLAST PLAINTIFF CERTIFICATION** |

I, _____ (**PRINT NAME**), understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct

1. A. I am the authorized representative of _____ (**PRINT DECEDENT'S NAME**) (hereinafter identified as the "The Decedent"), who is deceased and who is a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, Decedent brought claims against Novartis Pharmaceuticals Corporation based on Decedent's alleged use of a medication called Reclast®.

    **OR**

    B. I have or will be seeking the authority to act as Decedent's authorized personal representative because I am their next of kin or legally designated personal representative.

2. I intend to proceed as plaintiff on behalf of the Decedent in this litigation pending in United States District Court for the District of New Jersey.

3. I will take the necessary steps to substitute my appearance for the Decedent as the estate's representative.

4. I understand that if I do not promptly take the necessary steps to formalize this appointment, the case may be dismissed.

5. My current address is (**PRINT**): _____

6. I hereby certify that I am willing and able to proceed with this litigation.

Date:  
_____  
(**PRINT DATE**)

_____  
Proposed Representative (**PRINT NAME**)

_____  
Proposed Representative (**SIGNATURE**)