# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |
|---|---|
| IN RE: FOSAMAX® (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION | **HONORABLE KAREN M. WILLIAMS**<br><br>**MDL No. 2243**<br>Civil Action No. 1:08-cv-08 (KMW) (MJS)<br><br>**CASE MANAGEMENT ORDER** # 22<br><br>*Filed Electronically* |

**THIS MATTER**, having come before the Court upon Joint Consent Motion by Plaintiffs, the Actonel Defendants, the Boniva Defendants, and the Reclast Defendant, and for good cause having been shown:

**IT IS** on this 12th day of March, 2026, **ORDERED** as follows:

## Applicability of Order

1.     This Case Management Order ("CMO") applies to all Plaintiffs alleging personal injury (and related) claims against the Actonel Defendants, Boniva Defendants, and/or the Reclast Defendant in this Multi-District Litigation ("MDL"), including living Plaintiffs, as well as the representatives and anticipated representatives of any deceased Plaintiffs (all hereinafter referred to as the "Litigating Plaintiffs").

2.      Litigating Plaintiffs who represent themselves *pro se* shall be bound by the requirements of this CMO and shall fully comply with all obligations required of counsel by this CMO, unless otherwise stated.

**Certification Requirements**

3.      Pursuant to this CMO, all Litigating Plaintiffs, their representatives, or their anticipated representatives, shall fully and accurately complete the applicable Actonel Certification attached as Exhibit 1, the Boniva Certification attached as Exhibit 2, and/or the Reclast Certification attached as Exhibit 3.  If a Litigating Plaintiff brings claims against more than one of either of the Actonel Defendants, Boniva Defendants, or Reclast Defendant, such Litigating Plaintiff shall complete each applicable certification.  Completed Actonel Certifications shall be emailed to BTorres@kslaw.com, CCAllen@kslaw.com, and NJFosamaxLiaison@seegerweiss.com.  Completed Boniva Certifications shall be emailed to mary.pawelek@bowmanandbrooke.com, delena.meuth@bowmanandbrooke.com, marissa.mooney@bowmanandbrooke.com, dspiro@dughihewit.com, and NJFosamaxLiaison@seegerweiss.com.  Completed Reclast Certifications shall be emailed to sklein@hollingsworthllp.com, cfalletta@sillscummis.com, and .NJFosamaxLiaison@seegerweiss.com.

- 2 -

4.      A completed certification that is applicable to one Defendant shall not apply to any other Defendant.  Litigating Plaintiffs bringing claims against multiple Defendants must complete a certification for each applicable Defendant.

**Deadline to Comply**

5.      Litigating Plaintiffs shall provide the certifications required by paragraphs 3 and 4 above to the Actonel Defendants, Boniva Defendants, and Reclast Defendant, as applicable, no later than 45 days after the entry of this order.

**Failure to Comply**

6.      The claims of any Litigating Plaintiffs that have not submitted the applicable certification by the deadline set forth in paragraph 5 of this CMO may, upon motion, be subject to dismissal without prejudice.  From the date a case is dismissed without prejudice, the Litigating Plaintiff or their representative will have 60 days to provide the applicable certification and file a motion to reinstate their case, or the claims of that Litigating Plaintiff may, upon motion, be dismissed with prejudice.

It is so **ORDERED**.

SO ORDERED this 12th day of March 20 26

Matthew J. Skahill, USMJ

_____
KAREN M. WILLIAMS
U.S. DISTRICT COURT JUDGE

- 3 -

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: FOSAMAX®** **(ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION** | **MDL No. 2243**<br><br>MASTER DOCKET<br>No. 1:08-cv-08 (KMW) (MJS)<br><br>**ACTONEL PLAINTIFF CERTIFICATION** |

I, _____ (**PRINT NAME**), understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct.

1. I filed a lawsuit, and I am a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, I bring claims against the Actonel® Defendants based on my alleged use of a medication called Actonel®.

2. My current address is (**PRINT**):

_____

_____

3. I hereby certify that I am willing and able to proceed with this litigation.

Date: _____    _____

     **(PRINT DATE)**    Plaintiff (**PRINT NAME**)

_____

Plaintiff (**SIGNATURE**)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: FOSAMAX®** **(ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION** | **MDL No. 2243** **MASTER DOCKET** No. 1:08-cv-08 (KMW) (MJS) **ACTONEL PLAINTIFF CERTIFICATION** |

I, _____ **(PRINT YOUR NAME)**, understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct.

1. I am acting as the personal representative of the Estate of _____ **(PRINT DECEDENT'S NAME)** (hereinafter identified as the "The Decedent"), which is a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, I bring claims against the Actonel® Defendants based on The Decedent's alleged use of a medication called Actonel®.

2. I am acting on behalf of the deceased Plaintiff _____ **(PRINT DECEDENT'S NAME)** in this litigation.

3. My current address is **(PRINT)**:

_____

_____

4.  I certify that I am willing and able to proceed with this litigation.

Date: _____    _____
          **(PRINT DATE)**                               Plaintiff (**PRINT YOUR NAME**)


_____
Plaintiff (**SIGNATURE**)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: FOSAMAX®** **(ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION** | **MDL No. 2243**<br><br>MASTER DOCKET<br>No. 1:08-cv-08 (KMW) (MJS)<br><br>**ACTONEL PLAINTIFF CERTIFICATION** |

I, _____ **(PRINT NAME)**, understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct

1  A. I am the authorized representative of _____ **(PRINT DECEDENT'S NAME)** (hereinafter identified as the "The Decedent"), who is deceased and who is a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey.  In this lawsuit, Decedent brought claims against the Actonel® Defendants based on Decedent's alleged use of a medication called Actonel®.

## OR

B. I have or will be seeking the authority to act as Decedent's authorized personal representative because I am their next of kin or legally designated personal representative.

2. I intend to proceed as plaintiff on behalf of the Decedent in this litigation pending in United States District Court for the District of New Jersey.

3. I will take the necessary steps to substitute my appearance for the Decedent as the estate's representative.

4. I understand that if I do not promptly take the necessary steps to formalize this appointment, the case may be dismissed.

5. My current address is (**PRINT**):

_____

6. I hereby certify that I am willing and able to proceed with this litigation.

Date:

_____

**(PRINT DATE)**

_____

Proposed Representative (**PRINT NAME**)

_____

Proposed Representative (**SIGNATURE**)

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |
|---|---|
| **IN RE: FOSAMAX®<br>(ALENDRONATE SODIUM):<br>PRODUCTS LIABILITY<br>LITIGATION** | **MDL No. 2243**<br><br>MASTER DOCKET<br>No. 1:08-cv-08 (KMW) (MJS)<br><br>**BONIVA PLAINTIFF<br>CERTIFICATION** |

I, _____ (**PRINT NAME**), understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct.

1. I filed a lawsuit, and I am a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, I bring claims against the Boniva® Defendants based on my alleged use of a medication called Boniva®.

2. My current address is (**PRINT**):

   _____

   _____

3. I hereby certify that I am willing and able to proceed with this litigation.


Date: _____          _____
      (**PRINT DATE**)          Plaintiff (**PRINT NAME**)



                               _____
                               Plaintiff (**SIGNATURE**)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: FOSAMAX®** **(ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION** | **MDL No. 2243** MASTER DOCKET No. 1:08-cv-08 (KMW) (MJS) **BONIVA PLAINTIFF CERTIFICATION** |

I, _____ **(PRINT YOUR NAME)**, understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct.

1. I am acting as the personal representative of the Estate of _____ **(PRINT DECEDENT'S NAME)** (hereinafter identified as the "The Decedent"), which is a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, I bring claims against the Boniva® Defendants based on The Decedent's alleged use of a medication called Boniva®.

2. I am acting on behalf of the deceased Plaintiff _____ **(PRINT DECEDENT'S NAME)** in this litigation.

3. My current address is **(PRINT)**:

_____

_____

4.  I certify that I am willing and able to proceed with this litigation.

Date: _____     _____
      **(PRINT DATE)**              Plaintiff **(PRINT YOUR NAME)**


                                         _____
                                         Plaintiff **(SIGNATURE)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: FOSAMAX®<br>(ALENDRONATE SODIUM):<br>PRODUCTS LIABILITY<br>LITIGATION** | **MDL No. 2243**<br><br>MASTER DOCKET<br>No. 1:08-cv-08 (KMW) (MJS)<br><br>**BONIVA PLAINTIFF<br>CERTIFICATION** |

I, _____ **(PRINT NAME)**, understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct

1   A. I am the authorized representative of _____ **(PRINT DECEDENT'S NAME)** (hereinafter identified as the "The Decedent"), who is deceased and who is a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey.  In this lawsuit, Decedent brought claims against the Boniva® Defendants based on Decedent's alleged use of a medication called Boniva®.

<strong><u>OR</u></strong>

B. I have or will be seeking the authority to act as Decedent's authorized personal representative because I am their next of kin or legally designated personal representative.

2.  I intend to proceed as plaintiff on behalf of the Decedent in this litigation pending in United States District Court for the District of New Jersey.

3.  I will take the necessary steps to substitute my appearance for the Decedent as the estate's representative.

4.  I understand that if I do not promptly take the necessary steps to formalize this appointment, the case may be dismissed.

5.    My    current    address    is    (**PRINT**):

_____

6.  I hereby certify that I am willing and able to proceed with this litigation.

Date:

_____
(**PRINT DATE**)

_____
Proposed Representative (**PRINT NAME**)

_____
Proposed Representative (**SIGNATURE**)

# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: FOSAMAX® (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION** | **MDL No. 2243**<br><br>MASTER DOCKET<br>No. 1:08-cv-08 (KMW) (MJS)<br><br>**RECLAST PLAINTIFF CERTIFICATION** |

I, _____ **(PRINT NAME)**, understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct.

1. I filed a lawsuit, and I am a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, I bring claims against Novartis Pharmaceuticals Corporation based on my alleged use of a medication called Reclast®.

2. My current address is **(PRINT)**:

   _____

   _____

3. I hereby certify that I am willing and able to proceed with this litigation.

Date: _____          _____
         **(PRINT DATE)**                        Plaintiff **(PRINT NAME)**


                                       _____
                                       Plaintiff **(SIGNATURE)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: FOSAMAX®** **(ALENDRONATE SODIUM):** **PRODUCTS LIABILITY** **LITIGATION** | **MDL No. 2243** **MASTER DOCKET** No. 1:08-cv-08 (KMW) (MJS) **RECLAST PLAINTIFF** **CERTIFICATION** |

I, _____ **(PRINT YOUR NAME)**, understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct.

1. I am acting as the personal representative of the Estate of _____ **(PRINT DECEDENT'S NAME)** (hereinafter identified as the "The Decedent"), which is a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, I bring claims against Novartis Pharmaceuticals Corporation based on The Decedent's alleged use of a medication called Reclast®.

2. I am acting on behalf of the deceased Plaintiff _____ **(PRINT DECEDENT'S NAME)** in this litigation.

3. My current address is **(PRINT):**

_____

_____

4. I certify that I am willing and able to proceed with this litigation.

Date: _____     _____
       (**PRINT DATE**)                 Plaintiff (**PRINT YOUR NAME**)

                               _____
                               Plaintiff (**SIGNATURE**)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: FOSAMAX®**<br>**(ALENDRONATE SODIUM):**<br>**PRODUCTS LIABILITY**<br>**LITIGATION** | **MDL No. 2243**<br><br>MASTER DOCKET<br>No. 1:08-cv-08 (KMW) (MJS)<br><br>**RECLAST PLAINTIFF**<br>**CERTIFICATION** |

I, _____ (**PRINT NAME**), understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct

1   A. I am the authorized representative of _____ (**PRINT DECEDENT'S NAME**) (hereinafter identified as the "The Decedent"), who is deceased and who is a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, Decedent brought claims against Novartis Pharmaceuticals Corporation based on Decedent's alleged use of a medication called Reclast®.

**OR**

B. I have or will be seeking the authority to act as Decedent's authorized personal representative because I am their next of kin or legally designated personal representative.

2.   I intend to proceed as plaintiff on behalf of the Decedent in this litigation pending in United States District Court for the District of New Jersey.

3.   I will take the necessary steps to substitute my appearance for the Decedent as the estate's representative.

4.   I understand that if I do not promptly take the necessary steps to formalize this appointment, the case may be dismissed.

5.     My     current     address     is     (**PRINT**):

_____

6. I hereby certify that I am willing and able to proceed with this litigation.

Date:

_____      _____
    (**PRINT DATE**)                Proposed Representative (**PRINT NAME**)

                                                        _____
                                                        Proposed Representative (**SIGNATURE**)