

1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ  08401
609.348.4515   609.348.6834
WWW.FOXROTHSCHILD.COM

EILEEN OAKES MUSKETT
Direct No: 609.572.2355
Email: emuskett@foxrothschild.com

March 16, 2026

**VIA PACER**

Honorable Karen M. Williams, U.S.D.J.
Honorable Matthew J. Skahill, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

Re:     **Fosamax MDL 1:08-cv-00008-KMW-MJS – Motion to Dismiss with Prejudice**

Dear Judge Williams and Magistrate Skahill:

On February 19, 2026 [Doc. 4893], the Merck Defendants filed a motion to dismiss the claims of numerous Plaintiffs for failure to comply with Amended Docket Control Order, currently set for a March 16, 2026, hearing date ("the Motion").  After filing the updated Exhibit A on March 13, 2026, a Plaintiff subject to that Motion complied with the Amended DCO.  Merck has updated Exhibit A to remove the plaintiff who complied with the Amended DCO after the Motion was filed.

Thank you for your consideration.

*Eileen Oakes Muskett*
Eileen Oakes Muskett

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington
183372540.1

# EXHIBIT A – ORDER FOR DISMISSAL WITH PREJUDICE

## Failure to Submit Anything Under DCO (need motion to dismiss)

| Plaintiff | Case | Plaintiff Firm | Case No. |
|---|---|---|---|
| Mosner, Florence | Mosner, Florence | Aylstock, Witkin, Kreis & Overholtz, PLLC | 13-cv-1299 |
| Carmen, Judith | Hollis, Janela | Doyle Law Firm, PC | 15-cv-5503 |
| Moran, Ruth | Hollis, Janela | Doyle Law Firm, PC | 15-cv-5503 |
| Rees, Martha | Rees, Martha | Dugan Law Firm, PLC | 13-cv-1526 |
| Stark, Tavie G. | Stark, Tavie | Dugan Law Firm, PLC | 13-cv-1517 |
| Couture, Diane | Couture, Diane | Rheingold Valet | 12-cv-7819 |
| Chabrier, Margaret | Chabrier, Margaret | Taczak Law Office | 22-cv-6171 |
| Kantrowitz, Norma | Kantrowitz, Norma | The Barnes Firm | 13-cv-1420 |