**NOT FOR PUBLICATION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| IN RE: FOSAMAX® (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION (NO. II) | **HONORABLE KAREN M. WILLIAMS**<br><br>**MDL No. 2243**<br><br>Master Docket No.<br><br>1:08-cv-00008-KMW-MJS<br><br>*Filed Electronically*<br><br>**MEMORANDUM OPINION AND ORDER** |

**THIS MATTER** comes before the Court by way of Defendants Warner Chilcott (US), LLC; Watson Pharmaceuticals, Inc.; Sanofi-Aventis U.S., Inc.; Sanofi-Aventis U.S., LLC; Warner Chilcott Pharmaceuticals, Inc.; and Proctor & Gamble Pharmaceuticals, Inc.'s (collectively, "Actonel Defendants") Motion to Dismiss (Dkt. No. 4912) the complaints of the Plaintiffs identified in Exhibit 1[1] ("Exhibit 1 Plaintiffs") (*see* Dkt. No. 4912-2) without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with Case Management Order 22 ("CMO 22"). (Dkt. No. 4901.) The Court has considered the parties' submissions without oral argument pursuant to L.Civ.R. 78.1 (b).

**WHEREAS**, on March 12, 2026, the Honorable Matthew J. Skahill, U.S.M.J. entered CMO 22 (Dkt. No. 4901) requiring all plaintiffs in this proceeding, including those listed in Exhibit 1, their representatives, or anticipated representatives to complete and return the applicable certification attached to CMO 22 no later than 45 days after the entry thereof— that date being April 27, 2026 (Dkt. No. 4901 at 3, ¶ 5; *see* Gladbach Decl., Dkt. No. 4912-1 at 2-3, ¶ 3); and

---

[1] Exhibit 1 of the Actonel Defendants' Motion to Dismiss (Dkt. No. 4912-2) is attached hereto as "Exhibit 1."

**WHEREAS,** the certifications attached to CMO 22 required each plaintiff, their representative, or their anticipated representative to provide their current address, certify their authorization of intention to act as a personal representative, and "certify that I am willing and able to proceed with this litigation," (Dkt. No. 4901 at 11); and

**WHEREAS,** pursuant to Fed. R. Civ. P. 41(b), and consistent with CMO 22, the Actonel Defendants moved to dismiss without prejudice Exhibit 1 Plaintiffs' claims against them (Dkt. No 4912) for failure to comply with CMO 22; and

**WHEREAS,** Exhibit 1 Plaintiffs did not submit the required certification and, as of the date of this Order, none of the Exhibit 1 Plaintiffs have filed oppositions to Actonel Defendants' Motion to Dismiss (Dkt. No 4912); and

**WHEREAS,** by failing to provide the required certification or oppose Actonel Defendants' Motion to Dismiss they have failed to comply with CMO 22 and have demonstrated they are not willing and able to proceed with their case; and

**CONSEQUENTLY,** for all the foregoing reasons; and for good cause shown;

**IT IS** this /2 day of **June 2026**, hereby **ORDERED** that:

1.  Actonel Defendants' Motion to Dismiss (Dkt. No. 4912) is **GRANTED.**

2.  Exhibit 1 Plaintiffs' Complaints (Dkt. No. 4912-2) are **DISMISSED WITHOUT PREJUDICE.**

3.  Should Exhibit 1 Plaintiffs fail to provide certifications in accordance with Case Management Order 22 (Dkt. No. 4901) and seek reinstatement of their case within sixty (60) days of this Order, then Actonel Defendants may move to dismiss with prejudice.

KAREN M. WILLIAMS
U.S. DISTRICT COURT JUDGE

2

# EXHIBIT 1

## MDL PLAINTIFFS – NO CERTIFICATIONS
### (As of May 15, 2026)

| Plaintiff | Firm Information | Docket Number |
|---|---|---|
| Lauren Kolb | Anapol Weiss | 1:11-cv-01498 |
| Susan Steves | Anapol Weiss | 1:12-cv-01275 |