**IN THE COURT OF COMMON PLEAS**
**UNITED STATES DISTRICT COURT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation | **HONORABLE KAREN M. WILLIAMS** |
| **THIS DOCUMENT RELATES TO:** | **MDL No. 2243** |
| | **Civil Action No. 1 :08-cv-08 (KMW)** |
| | **(MJS)** |
| **DONNA MOUSER v. MERCK & CO., INC., et al.** | **PLAINTIFF DONNA MOUSER'S MOTION TO REINSTATE CASE NO. 1:12-CV-6365** |
| **Civil Action No. l:12-cv-6365** | |

**NOW COMES Plaintiff Donna Mouser**, by and through counsel, and moves this Honorable court for an Order reinstating Case No. 1:12-cv-6365.

On March 12, 2026, this Honorable Court entered Case management Order No. 22, which, in part, ordered the Litigating Plaintiffs file certifications that they were bringing claims based on their use of certain bisphosphonate medications, including but not limited to Boniva. The Court ordered Litigating Plaintiffs provide certifications to the Actonel, Boniva, and Reclast defendants within 45 days of the March 12, 2026 Order. Failure to provide the certification within 45 days could make Litigating Plaintiffs subject to dismissal without prejudice.

However, the Court further ordered that Litigating Plaintiffs who provided Certification of their claims to the Actonel, Boniva, and Reclast defendants within 60 days after dismissal of their cases or claims could file a motion to reinstate their cases or claims.

Plaintiff Donna Mouser was unable to provide the required within 45 days of the March 12, 2026, Case Management Order No. 22, and her case was dismissed without prejudice on

-1-

June 3, 2026, allowing her to move for reinstatement if she provided the certification within 60 days of said order.

Plaintiff provided her certification that she was bringing her case based on her use of Boniva to the Boniva defendants on July 14, 2026.  See Exhibit A, Email serving Donna Mouser Certification with Executed Certification Attached.

Wherefore, Plaintiff Donna Mouser, having now complied with Case Management order 22, respectfully prays for an Order reinstating her case, No. 1:12-cv-6365 in this Honorable Court.

Respectfully submitted,

PISCITELLI LAW FIRM

*/s/ Frank E. Piscitelli, Jr.*
FRANK E. PISCITELLI, JR.
Ohio Bar No. 0062128
7200 Center Street, Suite 312
Mentor, Ohio 44060
216.931.7000 Telephone
216.931.9925 Facsimile
frank@feplaw.com
*Attorney for Plaintiff Donna Mouser*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 14, 2026 a true and correct copy of the

foregoing document was served through the Court's Electronic Filing System to all

counsel listed on the Court's docket under Civil Action No. l:12-cv-6365.

*/s/ Frank E. Piscitelli, Jr.*
Frank E. Piscitelli, Jr. (0062128)
Attorney for Plaintiff Donna Mouser

-3-