**Stephen Gibson**

| | |
|---|---|
| **From:** | Stephen Gibson |
| **Sent:** | Tuesday, July 14, 2026 10:03 AM |
| **To:** | Mary Pawelek (mary.pawelek@bowmanandbrooke.com); 'delena.meuth@bowmanandbrooke.com'; 'marissa.mooney@bowmanandbrooJce.com'; 'dspiro@dughihewit.com'; 'NJFosamaxLiaison@seegerweiss.com' |
| **Subject:** | In re Fosamax, Master Docket No. 1:08-cv-00008-KMWMJS, Civil Action No. l:12-cv-6365 - Boniva Plaintiff [Donna Mouser] Certification |
| **Attachments:** | 2026.03.12 Boniva Certification.pdf |

Counselors:

Attached, please find the Boniva Plaintiff Certification of Donna Mouser in the above-referenced actions.

Stephen R. Gibson - Paralegal



7200 Center Street, Suite 312 | Mentor, Ohio 44060
(216) 931-7000 Telephone
(216) 820-6872 Direct
(216) 931-9925 Fax
steve@feplaw.com
www.getfrankgetjustice.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.



1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| IN RE: FOSAMAX® (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION | MDL No. 2243<br><br>MASTER DOCKET<br>No. 1:08-cv-08 (KMW) (MJS)<br><br>**BONIVA PLAINTIFF CERTIFICATION** |

I, **Donna Mouser** _____ (PRINT NAME), understand the statements made below, and I hereby certify under penalty of perjury that these statements are made by me and are true and correct.

1. I filed a lawsuit, and I am a plaintiff in the *In Re: Fosamax® (Alendronate Sodium): Products Liability Litigation* lawsuit identified in the case style above pending in the United States District Court for the District of New Jersey. In this lawsuit, I bring claims against the Boniva® Defendants based on my alleged use of a medication called Boniva®.

2. My        current        address        is        (PRINT):

**346 Folly Road, Sunbury, NC 27979**

3. I hereby certify that I am willing and able to proceed with this litigation.

Date: _7/5/2026_
(PRINT DATE)

**Donna Mouser**
Plaintiff (PRINT NAME)

_Donna Mouser_
Plaintiff (SIGNATURE)