Randall L. Christian - I.D. Number 234812017
**BOWMAN AND BROOKE LLP**
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
(512) 874-3800
(512) 874-3801 [Facsimile]
randall.christian@bowmanandbrooke.com

Russell L. Hewit - I.D. Number 012081977
**DUGHI, HEWIT & DOMALEWSKI, P.C.**
340 North Avenue
Cranford, NJ 07016
(908) 272-0200
(908) 272-0909 [Facsimile]
rhewit@dughihewit.com

*Attorneys for Defendants Genentech, Inc.,
GlaxoSmithKline LLC, Hoffmann-La Roche
Inc., Roche Laboratories Inc.*

*Of Counsel:*
Mary R. Pawelek
Bowman and Brooke LLP
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
(512) 874-3800
(512) 874-3801 [Facsimile]
mary.pawelek@bowmanandbrooke.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION (NO. II)**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**DONNA MOUSER v. MERCK & CO., INC., et al.**<br><br>**Civil action No. 1:12-cv-6365** | **MDL NO. 2243**<br><br>**Master Docket No. 1:08-cv-00008- KMW-MJS**<br><br>**BONIVA DEFENDANTS' RESPONSE TO PLAINTIFF DONNA MOUSER'S MOTION TO REINSTATE CASE NO. 1:12-CV-6365** |

To:     All Counsel of Record.

The Boniva Defendants[1] advise the Court that they do not oppose Plaintiff Donna Mouser's

Motion to Reinstate (ECF No. 4932).

---

[1] The "Boniva Defendants" include Genentech, Inc.; GlaxoSmithKline LLC; Hoffmann-La Roche Inc.; and Roche Laboratories Inc.

Dated: July 28, 2026                    Respectfully submitted,


                                        **BOWMAN AND BROOKE LLP**


                                        By:  /s/ *Randall L. Christian*
                                             Randall L. Christian

                                        2901 Via Fortuna Drive, Suite 500
                                        Austin, TX 78746
                                        (512) 874-3800
                                        (512) 874-3801 (Facsimile)
                                        randall.christian@bowmanandbrooke.com

                                        And

                                        Russell L. Hewit
                                        DUGHI, HEWIT & DOMALEWSKI, P.C.
                                        340 North Avenue
                                        Cranford, NJ 07016
                                        (908) 272-0200
                                        (908) 272-0909 [Facsimile]
                                        rhewit@dughihewit.com


                                        *Attorneys for Defendants Genentech, Inc.,*
                                        *GlaxoSmithKline LLC, Hoffmann-La Roche Inc.,*
                                        *Roche Laboratories Inc.*



                    <u>**CERTIFICATE OF SERVICE**</u>

   **I HEREBY CERTIFY** that one July 28, 2026 a true and correct copy of the foregoing

document was served through the Court's Electronic Filing System to all counsel listed on the

Court's docket under Civil Action No. 1:12-cv-6365.


                                        /s/ *Randall L. Christian*
                                        Randall L. Christian
                                        *Attorneys for Defendants Genentech, Inc.,*
                                        *GlaxoSmithKline LLC, Hoffmann-La Roche*
                                        *Inc., Roche Laboratories Inc.*


                                        2